**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Keith Rogers

                                Plaintiff,

v.                                                         Case No.: 1:15−cv−11632
                                                           Honorable Edmond E. Chang

Sheriff of Cook County, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 11, 2018:

       MINUTE entry before the Honorable Edmond E. Chang:The pending motions
[110] [115] remain under advisement. A decision will be posted to the docket when ready.
The status hearing of 07/11/2018 is vacated and will be reset when the decision is
posted.Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.