UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Keith Rogers, et al.
                                  Plaintiff,

v.                                                             Case No.: 1:15−cv−11632
                                                             Honorable Edmond E. Chang

Sheriff of Cook County, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 10, 2019:

      MINUTE entry before the Honorable Edmond E. Chang:Status hearing held. The parties reported that fact discovery is nearly completed, with a few lingering issues that will not hold−up the next phase of the case. Plaintiff's counsel reported that he is prepared to file a motion for class certification. Plaintiffs' motion for class certification due 10/31/2019. Defendants' joint response to the class−certification motion due 12/09/2019. Plaintiffs' reply due 01/10/2020. By 11/08/2019, the parties shall confer on whether Defendants need to retain an expert in order to respond to the motion for class certification; if so, the defense shall file a prompt motion. Status hearing set for 01/10/2020 at 10 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.