# INDEX OF EXHIBITS

Rogers Methadone Verification Form .............................................................. 1

Rogers Prescription Order for Methadone, Tapering per protocol ............. 2

Rogers Dosing History ...................................................................................... 3

Rogers Deposition Excerpts (pages 1-5, 14-24, 29-52) .................................... 4

Rogers Grievance, February 5, 2014 ................................................................ 5

Hill Methadone Verification Form .................................................................. 6

Hill Prescription Order for Methadone, Tapering per protocol .................... 7

Hill Dosing History ........................................................................................... 8

Hill Deposition Excerpts (pages 1-4, 8, 19-36) ................................................ 9

Hollins Methadone Verification Form .......................................................... 10

Hollins Prescription Order for Methadone ................................................... 11

Hollins Dosing History .................................................................................... 12

Hollins Deposition Excerpts (pages 1-4, 16, 21-65) ...................................... 13

Dr. Avery Hart Deposition Excerpts (pages 1-11) ....................................... 14

Cermak Policy G-06.1, August 1, 2010 .......................................................... 15

Cermak Policy G-06.1, June 20, 2012 ............................................................ 16

Amato, Davoli, Minozzi, Ferroni, Ali, and Ferri, Methadone at
    Tapered Doses for the Management of Opioid
    Withdrawal, 2013 Cochrane Database of Systematic
    Reviews (2013) ......................................................................................... 17

National Academies of Sciences, Engineering, and Medicine,
    Medications for Opioid Use Disorder Save Lives at S1,
    available at http://nap.edu/25310 (visited October 30,
    2019) .......................................................................................................... 18

All Fully Tapered, 9/20/13 through 3/2019 .................................................... 19

Dr. Richardson Deposition Excerpts (pages 2-7, 39-50) .............................. 20

Bruce & Schleifer, Ethical and human rights imperatives to ensure
    medication-assisted treatment for opioid dependence in prisons and
    pre-trial detention, 2008 Int'l J. Drug Policy (Vol. 19) 17-23 ........... 21