**Exhibit 1**

* Auth (Verified) *

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

Must Complete Both Sides
Hours Lant 9An
4pn - 8pn

## METHADONE REFERRAL FORM
Send Completed Form Immediately to Emergency Room

ON – To be completed by Patient

PRINT NAME: PtNm- ROGERS, KEITH   DOB- ■■■ Age- 50Y FC- 01/20/2014
Acct#20140120045 9901 B⁰ 1 MH#003754002   904

DOB: _____

DOC I.D. #: _____

Social Security #: ✓ 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

Clinic Name: ✓ RENEWED HOPE

Clinic Address: ✓ E. 71ST

Program I.D. #: ✓ _____

Counselor: ✓ LOU

I, ✓ KEITH ROGERS, do hereby authorize RENEWED HOPE Clinic, to disclose to Cermak Health Services, information regarding my dosage of methadone. This is for the purpose of establishing a detoxification treatment plan. This consent is subject to revocation at any time except to the extent that action has been taken. This consent is good until my release from the detoxification program.

SIGNATURE: ✓ Kw E R____    DATE: 1/20/14

### To be completed by Methadone Clinic Only
Please fax back to 773.674.5880 Attn: Cermak ER Physician

☑ Patient Currently Active in Program:
Clinic Nurse Name: Linda    Today's Date: 1/21/14    RIN# 139660161

Current Dose: 200    Date administered: 1/17/14

If take home doses given, # of doses: 200mg    Date given: _____

☐ Patient Currently NOT Active in Program
☐ Incomplete Information
☐ Other: _____

### To be completed by Cermak Staff

**Methadone Clinic Request**

| Date & Time faxed | | | Initial |
|---|---|---|---|
| Date & Time called | 1/21/14 | Contact Name: Linda | Initial ✓ |
| Date & Time called | | Contact Name | Initial |

**Movement Request**

| Date & Time called | 1/21/14 | Contact Name | Hoda | Initial (✓) |
|---|---|---|---|---|
| Date & Time called | 1/23/14 | Contact Name | Secy Officer | Initial MY |
| Date & Time called | 1/23/14 1/26/14 | Contact Name | Tampring Officer Court | Initial ✓ |

☐ Forwarded to Pharmacy on Date & Time: _____    Reason: _____

For Pharmacy Staff:

Returned to Physician for Review / Action:
Division: _____    Date: _____

Form #: 65314  Rev: March 2013
Item # 28-5000-1988

PtNm- ROGERS, KEITH
DOB- 08/31/1963 Age- 50Y FC- 01/20/2014
Acct#20140120045 9901 BP 1 MH#003754002