**Exhibit 2**

* Auth (Verified) *

**COOK COUNTY HEALTH & HOSPITALS SYSTEM — CCHHS**  
Cermak Health Services of Cook County  
2800 S. California Avenue  
Chicago, IL 60608

**Prescription Order**

Last Name: Rogers   First Name: Keith   Date / Time: 1/21/14

DOC# 14-0120045   D.O.B. _____   Location: 2-Dy-PL27

MR# _____   Allergy: _____   Weight: _____   ☐ Renewal

Diagnosis: _____   ☐ Non-formulary completed

Checked ✓ / Filled ✓ / Data Entry ✓

| # | Order | Given |
|---|---|---|
| 1 | Methadone 200 then taper per protocol | # __ ☐ Given |
| 2 |  | # __ ☐ Given |
| 3 | 1st dose Toft 100 | # __ ☐ Given |
| 4 |  | # __ ☐ Given |
| 5 | 1/26/14 | # __ ☐ Given |
| 6 |  | # __ ☐ Given |
| 7 |  | # __ ☐ Given |
| 8 |  | # __ ☐ Given |
| 9 |  | # __ ☐ Given |
| 10 |  | # __ ☐ Given |

MD/PA Stamp/Signature: Richardson MD

DEA #   Pager #

V. Patel RN 1-26-14

Item # C5-3100-0155  Form # 853.01  February 2010  
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient

Patient Label