**Exhibit 3**



# Dosing History

Criteria: Date - 1/20/2014 to 4/30/2018
Sort: Default

### Cermak Health Services of Cook County

2800 S. California Ave
Chicago, Illinois 60608
Run by: atarantino @ 4/19/2019 8:49:37 AM

**DOC**

| | | | | | | |
|---|---|---|---|---|---|---|
| | **ROGERS, KEITH** | **20140120045** | | | | |
| | 1/26/2014 9:02:18 AM | 1/26/2014 | Methadone Liquid | 100 | vpatel | Window |
| | 1/27/2014 8:40:35 AM | 1/27/2014 | Methadone Liquid | 200 | oajala | Window |
| | 1/28/2014 10:10:13 AM | 1/28/2014 | Methadone Liquid | 193 | vpatel | Window |
| | 1/29/2014 8:41:27 AM | 1/29/2014 | Methadone Liquid | 186 | oajala | Window |
| | 1/30/2014 8:19:10 AM | 1/30/2014 | Methadone Liquid | 179 | kchan | Window |
| | 1/31/2014 8:53:38 AM | 1/31/2014 | Methadone Liquid | 172 | oajala | Window |
| | 2/1/2014 8:21:37 AM | 2/1/2014 | Methadone Liquid | 165 | oajala | Window |
| | 2/2/2014 8:34:54 AM | 2/2/2014 | Methadone Liquid | 158 | oajala | Window |
| | 2/3/2014 8:50:30 AM | 2/3/2014 | Methadone Liquid | 151 | oajala | Window |
| | 2/4/2014 9:24:06 AM | 2/4/2014 | Methadone Liquid | 144 | vpatel | Window |
| | 2/5/2014 9:33:53 AM | 2/5/2014 | Methadone Liquid | 137 | vpatel | Window |
| | 2/6/2014 9:29:03 AM | 2/6/2014 | Methadone Liquid | 130 | oajala | Window |
| | 2/7/2014 8:42:24 AM | 2/7/2014 | Methadone Liquid | 123 | oajala | Window |
| | 2/8/2014 9:40:54 AM | 2/8/2014 | Methadone Liquid | 116 | vpatel | Window |
| | 2/9/2014 9:24:26 AM | 2/9/2014 | Methadone Liquid | 109 | vpatel | Window |
| | 2/10/2014 9:05:11 AM | 2/10/2014 | Methadone Liquid | 102 | oajala | Window |
| | 2/11/2014 10:05:38 AM | 2/11/2014 | Methadone Liquid | 95 | oajala | Window |
| | 2/12/2014 8:16:16 AM | 2/12/2014 | Methadone Liquid | 88 | vpatel | Window |
| | 2/13/2014 8:50:14 AM | 2/13/2014 | Methadone Liquid | 81 | vpatel | Window |
| | 2/14/2014 9:10:25 AM | 2/14/2014 | Methadone Liquid | 74 | oajala | Window |
| | 2/15/2014 8:30:05 AM | 2/15/2014 | Methadone Liquid | 67 | oajala | Window |
| | | 2/16/2014 | | | | Missed Dose |
| | | 2/17/2014 | | | | Missed Dose |
| | | Missed: 2 | Doses: 21 | 2770 | | |