**Exhibit 4**

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                     EASTERN DIVISION

4    KEITH ROGERS, ET AL,                )

5                        PLAINTIFFS,    )

6               -VS-                    ) NO. 15-CV-11632

7    SHERIFF OF COOK COUNTY, ET AL,     )

8                        DEFENDANTS.   )

9                 DISCOVERY DEPOSITION OF

10                      KEITH ROGERS

11                   CHICAGO, ILLINOIS

12                   OCTOBER 23, 2019

13

14

15

16

17

18

19

20

21
     ATKINSON-BAKER, INC.
22   (800) 288-3376
     WWW.DEPO.COM
23
     REPORTED BY:  CHERYL LYNN MOFFETT, CSR NO. 084-002218
24   FILE NO. AD0AA0F

Atkinson-Baker, Inc.
www.depo.com

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                     EASTERN DIVISION

 4  KEITH ROGERS, ET AL,                )

 5                       PLAINTIFFS,    )

 6                  -VS-                ) NO. 15-CV-11632

 7  SHERIFF OF COOK COUNTY, ET AL,      )

 8                       DEFENDANTS.    )

 9            Discovery deposition of KEITH ROGERS taken on

10  behalf of the Defendants at 50 West Washington Street,

11  Suite 2760, Chicago, Illinois, commencing at 2:07 p.m.,

12  on Wednesday, October 23, 2019, before Cheryl Lynn

13  Moffett, CSR No. 084-002218.

14

15

16

17

18

19

20

21

22

23

24
```

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3   LAW OFFICES OF KENNETH N. FLAXMAN, P.C.
 4   BY:  MR. KENNETH N. FLAXMAN
 5   200 South Michigan Avenue, Suite 1240
 6   Chicago, Illinois  60604
 7   (312) 427-3200
 8   E-mail - kenlaw.com
 9
10   FOR THE DEFENDANTS:
11   LAW OFFICES OF STATE'S ATTORNEY OF COOK COUNTY, ILLINOIS
12   BY:  MR. LYLE K. HENRETTY
13   50 West Washington Street, Suite 2760
14   Chicago, Illinois  60602
15   (312) 603-1424
16   E-mail - lyle.henretty@cookcountyil.gov
17
18   LAW OFFICES OF SANCHEZ DANIELS & HOFFMAN, LLP
19   BY:  MS. KELLY M. CRONIN
20   333 West Wacker Drive, Suite 500
21   Chicago, Illinois  60606
22   (312) 641-1555
23   E-mail - kcronin@sanchezdh.com
24                         *   *   *
```

Atkinson-Baker, Inc.
www.depo.com

```
 1                          I N D E X
 2   WITNESS:  KEITH ROGERS                              PAGE
 3   EXAMINATION
 4   BY MR. HENRETTY                                        5
 5   BY MS. CRONIN                                         52
 6   BY MR. FLAXMAN                                        54
 7                         EXHIBITS
 8                        PLAINTIFF'S
 9   NUMBER                DESCRIPTION                   PAGE
10   NO. 1            METHADONE REFERRAL FORM              54
11   NO. 2          HEALTH SERVICE REQUEST FORM           54
12                         EXHIBITS
13                        DEFENDANT'S
14   NUMBER                DESCRIPTION                   PAGE
15                          (NONE)
16
17      QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER
18                          (NONE)
19
20             INFORMATION TO BE SUPPLIED
21                          (NONE)
22                        *   *   *
23
24
```

```
 1              P R O C E E D I N G S

 2                    (WHEREUPON, the witness was duly

 3                     sworn.)

 4                    KEITH ROGERS,

 5  Called as a witness herein, having been first duly sworn,

 6  was examined and testified as follows:

 7                    EXAMINATION

 8                    BY MR. HENRETTY

 9     Q.    Could you please state your name and spell it

10  for the record.

11     A.    Keith, K-e-i-t-h, Rogers, R-o-g-e-r-s.

12     Q.    Thank you, Mr. Rogers.

13           Please let the record reflect this is the

14  depositions of Keith Rogers taken pursuant to notice and

15  agreement of the parties and all applicable local and

16  federal rules.

17           Mr. Rogers, my name is Kyle Henretty.  I just

18  introduced myself.  I represent Cook County in this case.

19     A.    Okay.

20     Q.    Have you ever had your deposition taken

21  before?

22     A.    No.

23     Q.    I'm going to go over the ground rules and I

24  expect your attorney may have already told you some of
```

Atkinson-Baker, Inc.
www.depo.com

1    about your history of drug use.

2        A.    Okay.

3        Q.    And I'll start with legal drug use.  You said

4    you're not on anything but Methadone today.  I'm not

5    looking for Tylenol, Ibuprofen, but were you prescribed

6    any medications long-term at any point in your life?

7        A.    Hydrocodone.

8        Q.    When were you first prescribed Hydrocodone?

9        A.    Couldn't tell you the exact date.  Probably 12

10   to 15 years ago.

11       Q.    Early 2000s?

12       A.    Yes.

13       Q.    Early to mid 2000s?

14       A.    Yes.

15       Q.    Do you remember or could you tell me why you

16   were prescribed Hydrocodone?

17       A.    I had an injury.  It involved my foot.  I came

18   off a roof and I landed flat footed on frozen ground, so

19   I kind of just shook up.  I had two steel plates, nine

20   screws installed into my foot.  And over the years it's

21   affected all my joints, my lower back, mid back just by

22   the way that I landed when I hit the ground.

23       Q.    Were you on the job?

24       A.    No.  I came off of my own roof.  Embarrassing.

1    Q.    I've done worse.  I haven't hurt myself as

2  badly, but I can certainly relate to that.

3         Other than the prescription for Hydrocodone

4  have you ever been on anything else for a long period of

5  time, for more than a week or two?

6    A.    No.

7    Q.    And then do you remember who prescribed you

8  the Hydrocodone?

9    A.    Dr. Whitmore.

10   Q.    And where is Dr. Whitmore?

11   A.    He retired.  That's why I ended up getting on

12  a methadone program because I was having problems

13  withdrawing from the Hydrocodone.

14   Q.    How long were you on the Hydrocodone?

15   A.    Probably ten years.

16   Q.    Do you remember your initial dose of

17  Hydrocodone, how much it was?

18   A.    Initially I believe I was just taking it was a

19  7.5 milligram tab three times a day I think.

20   Q.    That was right after the accident, the injury?

21   A.    Yes.

22   Q.    And how long -- did that change at any point,

23  the amount?

24   A.    Yes.  I eventually I moved up to a

Atkinson-Baker, Inc.
www.depo.com

```
 1   10-milligram tab, Hydrocodone tab, and that's what I was

 2   on when he retired and what I was taking when I went to

 3   the Methadone clinic and all that.

 4        Q.   Was that also three times a day?

 5        A.   Pardon me.

 6        Q.   Ten milligrams three times a day?

 7        A.   Yes.

 8        Q.   And were you seeing Dr. Whitmore regularly for

 9   that period?

10        A.   Yes.

11        Q.   You said it was roughly ten years?

12        A.   Roughly, yes.

13        Q.   So if the injury occurred 12 to 15 years ago,

14   then it would have been two to five years ago roughly

15   that the -- no.  That's not right.  Yes.  If you were on

16   it for ten years --

17        A.   About that.

18        Q.   I know this is a rough estimate.  So if the

19   incident we're complaining about in this case happened in

20   early 2014, you'd agree with me that that was after you

21   had already stopped taking the Hydrocodone?  Is that

22   fair?

23        A.   Could you repeat that?

24        Q.   Sure.  The case we're here to talk about today
```

Atkinson-Baker, Inc.
www.depo.com

1   was when you were in the Cook County jail in January of

2   2014?

3       A.   Yes.

4       Q.   That time frame was after you stopped using

5   Hydrocodone, is that correct?

6       A.   Yes, yes.

7       Q.   Do you know how long before January of 2014

8   you had stopped using the Hydrocodone?

9       A.   I really couldn't stay.

10      Q.   Do you know if it had been a year, a few

11  months?

12      A.   It probably had been a couple of years maybe.

13      Q.   And then --

14      A.   I have a terrible memory.  I'm sorry.

15      Q.   Just answer the best you can.  And if while

16  we're sitting here today something jogs your memory of a

17  question I asked earlier, please just speak up and let me

18  know.

19           You said that -- you testified a minute ago

20  that after you got off -- after you stopped using the

21  Hydrocodone you went to the Methadone clinic?

22      A.   Yes.

23      Q.   Were you still taking the Hydrocodone when you

24  initially went?

Atkinson-Baker, Inc.
www.depo.com

1      A.    No, I was not.

2      Q.    How long had you been off the Hydrocodone

3   before you went to the Methadone clinic?

4      A.    I really couldn't say.

5      Q.    When you say you stopped taking Hydrocodone,

6   did you choose to stop taking Hydrocodone or did you just

7   not return to the doctor?  Tell me how that works.

8      A.    Well, I couldn't find another doctor after my

9   original doctor had retired.

10     Q.    In between getting off of the -- stop using

11  the Hydrocodone and going to the Methadone clinic, did

12  you use any other drugs, legal or illegal?  You've got to

13  answer.  You can't --

14          MR. FLAXMAN:  If it's a privilege we can go

15  discuss the privilege, which I think we should do.

16          MR. HENRETTY:  A privilege as to what drugs he

17  was on at the time?

18          MR. FLAXMAN:  Yes.  I mean I don't want to

19  debate on it.  I want to talk to him about whether

20  there's a privilege he can assert or whether he wants to

21  assert.

22          MR. HENRETTY:  That's fair, but I will just

23  for the record remind counsel you're not supposed to talk

24  about your client's testimony.

```
 1              MR. FLAXMAN:  We can discuss privilege.

 2              MR. HENRETTY:  You can discuss privilege.

 3              MR. FLAXMAN:  Come on outside.

 4                      (WHEREUPON, a break was had in the

 5                       proceedings.)

 6              MR. HENRETTY:  Can you repeat the last

 7  question?

 8                      (WHEREUPON, the record was read

 9                       starting at Page 19, Line 10.)

10              THE WITNESS:  Yes.

11  BY MR. HENRETTY:

12      Q.   And what drug or drugs did you use?

13      A.   Hydrocodone.

14      Q.   And how were you getting Hydrocodone

15  afterwards?

16      A.   I was buying it illegally off the street.

17      Q.   Okay.  What dose were you taking at that

18  point, if you know?

19      A.   Well, I was still -- I mean if you're talking

20  about the legal dose it was still the 10 milligrams, but

21  I would get whatever I could get.

22      Q.   At some point, and I'm talking about the

23  period between when you stopped getting the prescriptions

24  from your doctor and you went to the Methadone clinic,
```

Atkinson-Baker, Inc.
www.depo.com

1    did you take heroin at any point during that time?

2           Can you repeat your answer?

3       A.    I said no.

4       Q.    Okay.  So tell me about the first time you

5    went to a Methadone clinic.  Was it the one we mentioned

6    earlier?

7       A.    Yes.

8       Q.    Okay.  Renewed Hope?

9       A.    Renewed Hope.

10      Q.    And when, if you remember, when did you first

11   go to Renewed Hope?

12      A.    I don't recall.

13      Q.    Is it some time before you went to the Cook

14   County jail in January of 2014?

15      A.    Yes.

16      Q.    Did they put you on a dose of Methadone at

17   that time?

18      A.    A doctor approved my dosage, but I didn't get

19   my dosage for I think it was six days.

20      Q.    This is at the Renewed Hope?

21      A.    No, at Cook County jail.

22      Q.    That I understand.  I'll get to that, but when

23   you first went to Renewed Hope, did you get put on

24   Methadone at that time?

Atkinson-Baker, Inc.
www.depo.com

```
1       A.      Yes.

2       Q.      And what dose did they put you on at that

3   time?

4       A.      If I remember correctly I started at

5   40 milligrams.

6       Q.      Okay.  And do you remember the name of the

7   doctor who you first saw when you went to Renewed Hope?

8       A.      I believe his name was John Johns.

9       Q.      John Johns?

10      A.      Yes.

11      Q.      Easy to remember.  And you were receiving

12  40 milligrams every day at that point?

13      A.      Yes.

14      Q.      And how did you get the Methadone when you

15  first started taking it?

16      A.      I had to go to the clinic every day.

17      Q.      And at any point thereafter did the prescribed

18  amount go up?

19      A.      Yes.

20      Q.      And what did it go up to?

21      A.      It was usually raised in 10-milligram

22  increments.

23      Q.      Do you remember when they raised it the first

24  time how long after you started going there?
```

1      A.     Within a month.

2      Q.     And then how high did it -- how high was your

3  dose ultimately?  What was the highest it got?

4      A.     200 where I'm at now.

5      Q.     And when did it, if you remember, from when

6  you first started when did it go up to the 200?

7      A.     I don't recall.

8      Q.     And do you remember did they regularly raise

9  it?  You said it went up about ten.

10     A.     Well, if the dose wasn't doing what it needed

11  to do then I would tell the doctor.  Well, I would see

12  the doctor and tell him.  He would raise it, and then I'd

13  try that for a little while.  If that didn't do anything,

14  finally we leveled off at 200 and been there ever since.

15     Q.     You mentioned now you see the doctor every 90

16  days.  Was it around that same time frame then or would

17  you see the doctor more often?

18     A.     No, I would see the doctor more often when I

19  first started going and getting it up to where I needed

20  it to be.

21     Q.     Was there a set period of time of where you

22  went to see the doctor or --

23     A.     No, it was my discretion.

24     Q.     At any point in your life have you used

Atkinson-Baker, Inc.
www.depo.com

1  heroin?

2       A.    Yes.

3       Q.    And when was the first time you used heroin?

4       A.    I couldn't tell you.

5       Q.    Was it after you went to the Methadone clinic

6  for the first time or before?

7       A.    Before.

8       Q.    Was it while you were under Dr. Whitmore's

9  care?

10      A.    No.

11      Q.    Was it after you left Dr. Whitmore before you

12 went to the Methadone clinic?

13      A.    Yes.

14      Q.    And about how often -- did you use heroin more

15 than once during that period?

16      A.    I don't understand the question.

17      Q.    In the period between when you were no longer

18 in Dr. Whitmore's care and when you went to get your

19 first dose of Methadone, how many times did you use

20 heroin?

21      A.    I couldn't tell you.  At that point in time

22 any kind of opiate I could get my hands on is what I

23 would get my hands on.

24      Q.    Would you characterize it as using it

1  regularly?

2       A.    No.

3       Q.    This is a terrible lawyer thing to do, but do

4  you think you used it more than ten times?

5       A.    Probably.

6       Q.    More than 20 times?

7       A.    That be would stretching it.

8       Q.    As you sit here today it's more between 10 and

9  20 times probably?

10           MR. FLAXMAN:  You have to say yes.

11           THE WITNESS:  Yes.

12  BY MR. HENRETTY:

13      Q.    And as you sit here today do you know how long

14  a period of time that was or have an estimate as to the

15  period of time when you stopped seeing Dr. Whitmore and

16  when you went to the Methadone clinic for the first time?

17      A.    No, I don't.

18      Q.    Do you think it was a year?

19      A.    Might have been a little longer.

20      Q.    Have you used heroin since the first time you

21  went to the Renewed Hope Clinic?

22      A.    No.

23      Q.    And I'm going to just talk a little bit about

24  your criminal history.  Prior to the incident that put

Atkinson-Baker, Inc.
www.depo.com

1  that you've seen?

2      A.    No.

3      Q.    That's at any point between 18 and today.  No?

4  For the record.

5      A.    No.

6      Q.    Other than Dr. Johns, do you remember any

7  other doctors that you saw while you were at the -- since

8  you've been at the Methadone clinic?

9      A.    The one that I see now, but I can't recall his

10  name.

11      Q.    Was it just the two?

12      A.    Yes.

13      Q.    I'll represent to you that you entered the

14  Cook County jail on January 20, 2014.  Does that seem

15  accurate to you?

16      A.    Yes.

17      Q.    Prior to going to jail on January 20th, do you

18  remember when the last time you had taken a dose of

19  Methadone was?

20      A.    That morning.

21      Q.    And was that the 200 milligrams?

22      A.    Yes.

23      Q.    At that point were you taking it at home or

24  were you taking it -- were you still going to the clinic

Atkinson-Baker, Inc.
www.depo.com

1  for it?

2      A.    I was taking it at home.

3      Q.    When did that change?  You said originally you

4  had to go to the clinic every day to pick up your dose.

5      A.    They do that in stages.  From going to the

6  clinic every day, the next step after that is three days

7  per week.  And if you do well with that with your urine

8  drops and things of that nature, then they bumped it up

9  to a week.  And then after a week it went to two weeks.

10  I was offered to go monthly, but I couldn't afford to pay

11  the fee of a monthly fee, so it's easier for me to do

12  every two weeks.

13      Q.    When you first entered the Cook County jail on

14  January 20th, 2014, can you tell me what happened?  What

15  happened?  Where did you go?

16      A.    Intake, Cook County intake.

17      Q.    And what happened at intake?

18      A.    You know, they take your name, you see a

19  doctor there.  I told him about the Methadone and what

20  not.  They gave me some kind of injection.  I really

21  couldn't tell you what was in it, I don't know, but I was

22  under the understanding that it was to help, you know,

23  subdue the withdrawal symptoms I guess until you can get

24  some kind of dose or something.

Atkinson-Baker, Inc.
www.depo.com

1    Q.    Do you remember what doctor you saw in intake?

2    A.    No.  I have no idea.

3    Q.    Do you remember if it was a doctor or a

4  physician's assistant or a nurse?

5    A.    I couldn't tell you.

6    Q.    Did you just see one person at medical intake?

7    A.    There was a couple of nurses running around

8  doing things.  There was a doctor running around.  There

9  were several people, but --

10    Q.    You mentioned --

11    A.    Very confusing situation all around I guess is

12  the way I want to put it.

13    Q.    You say you spoke to who you identified as a

14  doctor about Methadone?

15    A.    Yes.

16    Q.    About the fact that you were on Methadone?

17    A.    Uh-huh.

18    Q.    Is that a yes?

19    A.    Yes.

20    Q.    Did you tell anybody else about Methadone at

21  intake?

22    A.    Probably a nurse or something.

23    Q.    Do you remember what you said to the doctor

24  about it?

Atkinson-Baker, Inc.
www.depo.com

1     A.    Not exactly, no.

2     Q.    Do you remember what the doctor said to you?

3     A.    No.

4     Q.    And you said you were given an injection.  Did

5  the doctor give you the injection?

6     A.    No, that was a nurse that gave me the

7  injection.

8     Q.    And did someone tell you that was to help with

9  withdrawal or --

10     A.    Or symptoms of withdrawal.

11     Q.    Symptoms?

12     A.    Yes.

13     Q.    Do you remember if it was the doctor that told

14  you that?

15     A.    No, I do not remember.

16     Q.    Do you remember seeing anybody else, I'll

17  stick to the medical right now, anyone during the intake

18  process on that first day?

19     A.    I don't believe so.

20     Q.    About how long were you in the medical --

21  receiving medical care on that day?

22     A.    I was probably in that area for two or three

23  hours.

24     Q.    And were you waiting for a portion of that?

Atkinson-Baker, Inc.
www.depo.com

1   Meaning I assume you weren't speaking to a medical

2   person.

3        A.    Yes, right.  Mostly waiting, yes.

4        Q.    Do you remember how long you actually spoke

5   with medical staff?

6        A.    Minutes.

7        Q.    A few minutes?

8             MR. FLAXMAN:  You have to answer in words.

9   You nodded your head.

10  BY MR. HENRETTY:

11       Q.    You've got to say yes or no, sorry.

12       A.    Oh, yes.

13       Q.    Again, it's non-natural.  It takes some people

14  time to get used to it, and I just missed that you did

15  it.  Thank you.

16            After you saw the medical staff at intake, were

17  you taken somewhere else?

18       A.    Yes.

19       Q.    Where were you taken?

20       A.    A holding cell.

21       Q.    And how long were you in the holding cell?

22       A.    Hours.

23       Q.    Did anyone from the jail, either medical or

24  non-medical, speak to you during that period of time?

1        A.     No.

2        Q.     And were you taken somewhere else after the

3    holding cell?

4        A.     Yes.

5        Q.     Where were you taken?

6        A.     Another holding cell.

7        Q.     And how long were you in that second holding

8    cell?

9        A.     Hours.

10       Q.     The same question.  Did anyone from the jail,

11   medical or non-medical, speak to you while you were in

12   that holding cell?

13       A.     No.

14       Q.     Were there other people in the holding cells?

15       A.     Yes.

16       Q.     About how many were in the first holding cell

17   if you remember?

18       A.     A hundred.

19       Q.     And how many in the second?

20       A.     Same.

21       Q.     Were people coming and going or was everybody

22   sitting there for the same amount of time?

23       A.     They would bring everyone in as a group, pack

24   in as many as they can, and leave you there.

Atkinson-Baker, Inc.
www.depo.com

```
 1        Q.     And in the second holding cell, where did you
 2   go after that?
 3        A.     Probably another holding cell.  You go through
 4   several before you actually get to a floor where there's
 5   a bed and things of that nature.
 6        Q.     Once you finally did -- you ultimately did
 7   arrive on a floor where they gave you a bed?
 8        A.     Yes.
 9        Q.     What time, if you remember, did you come into
10   the jail that day?
11        A.     I was taken under arrest in the morning.  What
12   time I actually got to the jail I couldn't tell you.
13        Q.     Did you go anywhere before the Cook County
14   jail?
15        A.     Yes.
16        Q.     Where did you go before that?
17        A.     Fourth District Police Station.
18        Q.     And how long you were at the Fourth District
19   Police Station?
20        A.     I couldn't tell you.
21        Q.     Did you talk to anybody about medication at
22   the Fourth District Police Station?
23        A.     No, I did not.
24        Q.     Did you talk to anybody about health care at
```

Atkinson-Baker, Inc.
www.depo.com

1  all at the Fourth District?

2      A.    No, I did not.

3      Q.    When you say you finally arrived on the floor

4  with a bed were the beds in cells or was it a dorm?

5      A.    No, it was a dorm I guess you would call it.

6  They were bunk beds.

7      Q.    And do you remember what division you were in?

8      A.    No, I don't.

9      Q.    Do you remember about what time you arrived on

10  the floor with the bunk beds?

11     A.    No, I don't.

12     Q.    Would it have been evening by that point?

13     A.    Most likely.

14     Q.    You don't remember that?

15     A.    No.

16     Q.    After intake on the day you arrived did you

17  speak with any other medical staff at the jail?

18     A.    No.

19     Q.    No?  What is the next time you spoke with

20  medical staff at the jail?

21     A.    It was days later.

22     Q.    Did you, if you remember, put in any -- did

23  you make any attempt to speak with medical staff?

24     A.    Yes, I did.

Atkinson-Baker, Inc.
www.depo.com

1    Q.    And how did you do that?

2    A.    I talked to several of the guards that were on

3 the floor.  Most would ignore me.  I filed some paperwork

4 that they had on the floor for that type of issue if you

5 needed to see a doctor type thing.  I filled out two or

6 three of those.

7         At one point in time I finally got a guard to

8 listen to me.  I guess he felt sorry for me.  He

9 contacted medical, and that's when I finally received my

10 Methadone.

11   Q.    I'm going to break down that a little bit.

12 You said you filed some paperwork.  If you remember, was

13 that something called an HSRF or a Health Services

14 Referral Form?

15   A.    Possibly.

16   Q.    And you said you filled out two or three of

17 those?

18   A.    Yes.

19   Q.    Do you remember when you filled out the first

20 one?  Would it have been that same day or the next day?

21   A.    Probably within a couple of days.

22   Q.    And then if you filled out the second or third

23 one were they it subsequent days or --

24   A.    Yes, different days.

1    Q.    After filing the first one do you remember if
2  you waited more than a day to file the next one?
3    A.    I think so, yes.
4    Q.    You don't remember as you sit here today which
5  days you filed them?
6    A.    No, I don't.
7    Q.    Do you remember the guard that you spoke to
8  that finally alerted medical for you?
9    A.    No, I don't.
10    Q.    Do you remember if it was male or a female?
11    A.    Male.
12    Q.    Can you describe him in any way?
13    A.    Yes.  He was tall, over six feet.  He was
14  black, bearded.
15    Q.    Anything else?
16    A.    No.  Average weight for the height.
17    Q.    And then you said you finally -- so after you
18  spoke to this guard, did somebody from medical come to
19  speak with you or were you taken somewhere?
20    A.    I was taken back to medical.
21    Q.    The same place you were for intake?
22    A.    No.
23    Q.    Do you remember where you were taken?
24    A.    It was Cook County's Methadone area.

Atkinson-Baker, Inc.
www.depo.com

1    Q.    Do you remember who you spoke to once you got

2  there?

3    A.    No, I don't.

4    Q.    I forgot to ask this before.  When you met

5  with the doctor the first night during intake did you

6  fill out any paperwork related to Methadone if you

7  remember?

8    A.    I probably had to sign something.

9    Q.    Do you remember what it was?

10    A.    No.

11    Q.    When you came to the Methadone area do you

12  remember if you spoke with a male or female, a doctor or

13  nurse, or do you remember anything about the person you

14  spoke to?

15    A.    It was through a window, like -- it was a male

16  doctor.

17    Q.    Okay.  And what did you say to him and did he

18  say to you?

19    A.    We didn't really speak.  He just looked down

20  at his papers and put medicine in the cup and placed it

21  through the window.

22    Q.    Do you know what the dosage was?

23    A.    The first dose they gave me was 100

24  milligrams, and then the next dose after that was 200

Atkinson-Baker, Inc.
www.depo.com

```
 1  milligrams.
 2      Q.    Would that have been the next day or was that
 3  later the second day?  When did you get the next dose?
 4      A.    That was the next day.
 5      Q.    If you remember, what time of day did you get
 6  the first dose?
 7      A.    The first dose I don't remember, but
 8  afterwards it was always in the morning.
 9      Q.    So I want to talk about first the period of
10  time when you arrived and before you got the first dose.
11  We're talking about two stages of this case.
12      A.    Okay.
13      Q.    Before you received the Methadone and then
14  after.  So the next series of questions is about before
15  you received the Methadone.
16          Did not -- in your mind, did not receiving the
17  Methadone for those -- strike that.  Do you know how many
18  days it was before you received the Methadone?
19      A.    I believe it was six.
20      Q.    And I'll represent to you that the claim was
21  that you received your first dose on January 26.  Does
22  that sound right?
23                      (Clarification requested by the
24                       reporter.)
```

1       A.    Yes.

2       Q.    He's doing it, he's just doing it quiet.

3             So between when you arrived at the Cook County

4  jail and January 26 when you received your first dose of

5  Methadone did not having the Methadone affect you in any

6  way?

7       A.    Yes.

8       Q.    Can you please describe to me how it affected

9  you?

10      A.    Nausea, diarrhea, lot of pain.

11      Q.    When you say a lot of pain, will you describe

12  the pain for me?

13      A.    Just aching pain.  Back problems.  Like I

14  said, I have hardware in my foot.  That was -- walking

15  was difficult.

16      Q.    And the hardware in your foot is from when you

17  fell off the roof?

18      A.    Yes.

19      Q.    What do you have exactly in your foot?

20      A.    Two steel plates and nine titanium screws.

21      Q.    Okay.  I'm going to assume those are the same

22  ones they put in there right after the accident?

23      A.    Yes.

24      Q.    Haven't had to have them replaced?

Atkinson-Baker, Inc.
www.depo.com

1       A.      No, they just left them in there.

2       Q.      Did you when you said -- so there was aching

3   pain.  Did the aching pain change?  Was it always the

4   same or did it get worse, did it get better, did it go up

5   and down over those five days?

6       A.      It would fluctuate.

7       Q.      What was the worse on a scale of one to ten

8   that pain you felt for those five days?

9       A.      I'd say ten.

10      Q.      And would that be everywhere or specifically

11  in your back and --

12      A.      Back and leg.

13      Q.      Did you have pain anywhere else?

14      A.      No.

15      Q.      And you mentioned having diarrhea.  How often

16  did you have diarrhea during that?

17      A.      Daily.

18      Q.      Once a day, twice a day, all day?

19      A.      Pretty much all day.

20      Q.      And then you mentioned nausea as well.  Did

21  you vomit?

22      A.      Yes.

23      Q.      How many times did you vomit during those

24  couple days?

Atkinson-Baker, Inc.
www.depo.com

1      A.    I couldn't tell you.

2      Q.    Were you eating during that period of time?

3      A.    I tried, but I couldn't.

4      Q.    About how often did you -- were you eating

5  every day a little or describe it to me.

6      A.    They would serve food.  Sometimes I would go

7  to get it, most times not.  When I did go to get it I

8  would take a bite or two, and that would be about it.  I

9  couldn't stomach it.

10      Q.    Were you able to keep down any liquids?

11      A.    Yes and no.  Would depend on, you know, how

12  the nausea would strike and how soon I drank something

13  compared to that.

14      Q.    Other than the intake and when you first saw

15  the male doctor who gave you the dose of Methadone, did

16  you see any other medical staff during that period of

17  time?

18      A.    No.

19      Q.    Were you given any medication either at intake

20  or after prior to the Methadone?

21      A.    I believe I was given something to help with

22  the nausea.

23      Q.    Do you remember what it was?

24      A.    No, I do not.

```
 1        Q.    Did the, starting with the pain, did the pain

 2   progress over those five days?  Was it better on the

 3   first day and worse on the third or fourth day or --

 4        A.    Yes.

 5        Q.    Was it constant?  You said it fluctuated, but

 6   was there always a base level of pain?

 7        A.    Yes.

 8        Q.    And what would your base level be on a scale

 9   of one to ten during that period?

10        A.    Five.

11        Q.    And then did the nausea progress during those

12   days?

13        A.    Yes.

14        Q.    Did the diarrhea also progress?

15        A.    It eventually went away, but by that time I

16   had become dehydrated so there was probably nothing left

17   to exit.

18        Q.    So you got your first dose of 100 milligrams

19   on January 26.  You said you got 200 milligrams the next

20   day?

21        A.    Yes.

22        Q.    Do you know what tapering is?

23        A.    Yes.

24        Q.    What's tapering?
```

1    A.    It's when they lower you 10 milligrams per

2  day.

3    Q.    Okay.  Were you tapered at the Cook County

4  jail?

5    A.    Yes.

6    Q.    And when did that begin?

7    A.    Third day.

8    Q.    So you received 190 on the third day?

9    A.    Yes.

10    Q.    Did anyone explain the tapering process to

11  you?

12    A.    Briefly.

13    Q.    And who was that?

14    A.    I don't remember.

15    Q.    And what did they say?

16    A.    It was just that's how they dose their

17  inmates.

18    Q.    Did they give any reason for that?

19    A.    No.

20    Q.    Did anyone tell you during intake or at any

21  time thereafter that they had to contact your Methadone

22  clinic to make sure you were on the drug?

23    A.    Yes.

24    Q.    Who told you that?

Atkinson-Baker, Inc.
www.depo.com

1      A.    I don't remember.

2      Q.    And do you remember was that at intake?

3      A.    I don't know if that was at intake.  I made

4  them aware at intake what clinic I went to though.

5      Q.    Do you remember having any other conversations

6  with any medical staff at Cook County jail about

7  Methadone other than the ones you've already talked

8  about?

9      A.    No.

10      Q.    What was the process for getting Methadone

11  once you started taking it?  You said you'd get it in the

12  morning?

13      A.    Yes.

14      Q.    Were you taken somewhere?

15      A.    Yes.

16      Q.    Where were you taken?

17      A.    Across campus to another building.  And we

18  were escorted by guards.  There was three or four people

19  at a time.  I guess whoever was going there from my area

20  they'd escort us there and then escort us back.

21      Q.    Was it always the same individual who -- the

22  doctor behind the -- you said he was behind a gate?

23      A.    Yes.

24      Q.    Did you ever speak with him about the

Atkinson-Baker, Inc.
www.depo.com

1  Methadone?

2      A.    No.

3      Q.    I meant to ask this for the whole time, but

4  just in case I didn't, after you started taking Methadone

5  did you have any conversations about Methadone with any

6  medical providers other than the ones we've already

7  talked about?

8      A.    I don't believe so.

9      Q.    Other than methadone had you taken any drugs,

10  legal or illegal, on the days leading up to your arrest?

11     A.    No.  I mean my Methadone I took, but --

12     Q.    Right.  Other than the Methadone.

13     A.    No.

14     Q.    Did you take any -- did you smoke any or

15  ingest any marijuana during the week prior to entering

16  the jail?

17     A.    I don't remember.

18     Q.    Had you ever taken marijuana or have you ever

19  used marijuana or cannabis?

20     A.    Yes, I have.

21     Q.    How regularly?  Prior to going into Cook

22  County jail in 2014 how often were you using marijuana?

23     A.    Periodically.

24     Q.    When you say periodically, once a week, once a

Atkinson-Baker, Inc.
www.depo.com

1  month?  Can you?

2      A.    I really couldn't say.  It wasn't a regular

3  type thing.

4      Q.    You don't remember as you sit here today when

5  the last time you used marijuana prior to entering the

6  jail was?

7      A.    No.

8      Q.    Okay.  Once you started taking the Methadone,

9  did the symptoms that we discussed, the nausea, the

10  diarrhea, the back ache pain, did those change?

11      A.    Yes.

12      Q.    How did they change?

13      A.    They -- the first two days they went away and

14  then slowly started to return.

15      Q.    How soon after you took the 100-milligram dose

16  did they go away?

17              MR. FLAXMAN:  The hundred?

18              MR. HENRETTY:  The first day was a hundred.

19              MR. FLAXMAN:  Okay.

20  BY MR. HENRETTY:

21      Q.    You said they went away the first two days.

22  Did that mean -- do you mean --

23      A.    The day that I took the 100-milligram dose

24  they subsided, probably because I hadn't taken any in a

Atkinson-Baker, Inc.
www.depo.com

1  while.  And then the day I took the 200-milligram dose

2  was perfectly fine.  Within a couple of days of them

3  tapering I started feeling bad again.

4      Q.    Okay.  Did anyone ever tell you that that was

5  because of the tapering?

6      A.    I don't recall.

7      Q.    Okay.  And then so when you say you started

8  feeling bad again, can you describe that for me?  Did

9  everything come back at once, was it slow?

10     A.    No, it didn't come back at once, but it did

11 start to return.  I got to where I didn't want to eat,

12 just felt nauseous all the time.

13     Q.    Did the aching pain return as well, the same

14 places in your back and --

15     A.    Same places.

16     Q.    Was it as bad as it had been when you weren't

17 taking any Methadone?

18     A.    No.

19     Q.    Was is ever as bad as that again while you

20 were at the Cook County jail?

21     A.    I can't say it got as bad, but close.

22     Q.    Was the pain still -- did it still ebb and

23 flow or was it a constant?

24     A.    It fluctuated.

Atkinson-Baker, Inc.
www.depo.com

1    Q.    The same way it had prior?

2    A.    Yes.

3    Q.    Did you also have diarrhea while you were

4    tapering?

5    A.    No.  It was just an all around bad feeling.

6    Nauseous.

7    Q.    Do you remember when you were released from

8    the Cook County jail after the -- during that period?

9    A.    No, I do not.

10    Q.    If I told you that it was on February 16,

11    2014, does that sound right?

12    A.    Yes.

13    Q.    When you were released were you ultimately

14    convicted of anything?  Were you convicted of the charge

15    you were in Cook County jail on?

16    A.    Yes.

17    Q.    And were you sentenced?

18    A.    Yes.

19    Q.    What was the sentence?

20    A.    It was 90 days.

21    Q.    When were you sentenced?  Do you remember?

22    A.    No, I do not.

23    Q.    How did it come that you only were in the jail

24    for a little under a month then if you got 90 days?

Atkinson-Baker, Inc.
www.depo.com

1      A.     It's the way they do things.

2      Q.     Were there any restrictions on your license or

3   anything else after you left the jail on the 16th?

4      A.     Yes.

5      Q.     What were those restrictions?

6      A.     The same as before.

7      Q.     What was?  Suspended sentence?

8      A.     Yes.

9      Q.     Excuse me.  Suspended license.

10     A.     Yes, yes.

11     Q.     And how long was your license suspended for?

12     A.     An additional year.

13     Q.     Did you -- we've already talked about it so I

14   know you did.  When was the first dose of Methadone you

15   took after you left the jail?

16     A.     Same day.

17     Q.     Same day?

18     A.     (Witness nods head).

19     Q.     Did you go to the same Methadone clinic you've

20   been discussing?

21     A.     Yes.

22     Q.     And what dose did they give you if you

23   remember?

24     A.     200.

1    Q.    Has there been any period of time when you

2  haven't taken 200 milligrams a day between February of

3  2014 and today?

4    A.    No.

5    Q.    Do you take it every single day?

6    A.    Yes.

7    Q.    Do you know if you've missed any days during

8  that period?

9    A.    I don't miss days.

10    Q.    Have you been arrested since February of 2014?

11         MS. CRONIN:  I don't know if that was verbal.

12         THE WITNESS:  No.

13  BY MR. HENRETTY:

14    Q.    Did the symptoms that you were experiencing in

15  the jail subside when you took the first 200-milligram

16  dose the day you got out?

17    A.    No.

18    Q.    Have you experienced any of those symptoms

19  since?

20    A.    No.

21    Q.    Okay.  Nothing further from me.

22                   EXAMINATION

23                BY MS. CRONIN:

24    Q.    I just have a couple questions for you.  I'm