**Exhibit 5**

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: ROGERS  First Name: KEITH  Division/Tier: 2-DORM 4, PL 27
Date of Birth: _____  CCDOC# 20140120045  Date form was put in box: 2/5/14

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): _____
- Date last received medication: __/__/__
- ☐ Other: _____

**MEDICAL**
*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following medical problem(s):*
- ☐ Cold/Sore throat/Cough  ☐ Fever  ☐ Earache  ☐ Foot fungus or jock itch  ☐ Stomach complaints
- ☐ Skin rash, boil or sores  Part of body affected: _____
- ☐ Trauma or Injury  Date of injury __/__/__  Body part injured: _____
- ☒ Pain: What part of your body is in pain? LEFT CHEST AND BACK - STARTS & STOPS ABRUPTLY
- ☒ Other or Describe the problem from above: AT TIMES PAIN GETS QUITE SEVERE I BREAK INTO SWEATS AND GET NAUSIA - SOMETIMES RESULTING WITH VOMITTING OR DRY HEAVES

WOMEN: Date of last period __/__/__  ☐ Missed period(s)
☐ Heavy Period Bleeding  ☐ Cramps  ☐ Discharge  ☐ Burning when I urinate
☐ Other: _____  Are you Pregnant? ☐ Yes  ☐ No

**DENTAL**
*I have the following dental problem(s):*
- ☐ Toothache  ☐ Face swollen and I can't open my mouth
- ☐ Loose tooth from recent trauma  Date of trauma __/__/__
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

**MENTAL HEALTH**
*I have the following needs:*

**OTHER**
*Please describe:*

How long have you had the above problem(s)? (#) 3-4 (days/weeks/months (circle one))
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes  ☒ No

STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE  STOP!!!!!

Processed by:  Signature/Title: _____
Date __/__/__  Time: _____

*PATIENT LABEL*

CHS Form 86322 Rev June 2011
(FCN 40)(JUN 11)

14 FEB -1  AM 7:31