**Exhibit 6**

* Auth (Verified) *

Cermak Health Serv[ices]
2800 S. California [Ave]
Chicago, IL 60608



**Must Complete Both Sides**

RRAL FORM
ly to Emergency Room

### REQUIRED INFORMATION – To be completed by Patient

PRINT NAME/AKA: James Hill                           DOB: _____

DOC I.D. # 20131223105              Social Security # _____

Clinic Name: Pilsen                  Clinic Address: Kedzie, Cermak

Program I.D. # 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           Counselor: Elvin

I, _____ do hereby authorize _____ Clinic, to disclosure to Cermak Health Services, information regarding my dosage of methadone. This is for the purpose of establishing a detoxification treatment plan. This consent is subject to revocation at any time except to the extent that action has been taken. This consent is good until my release from the detoxification program.

SIGNATURE: _____                    DATE: _____

### To be completed by Methadone Clinic Only
### Please fax back to 773.674.5880 Attn: Cermak ER Physician

☐ Patient Currently Active in Program:   Nurse
   Clinic Nurse Name: Juan          Today's Date: 12-24-13   RIN# 10486/182
   Current Dose: 80mg              Date administered: 12-22-13
   If take home doses given, # of doses: _____    Date given: _____

☐ Patient Currently NOT Active in Program

☐ Incomplete Information

☐ Other: _____

### To be completed by Cermak Staff

**Methodone Clinic Request**

| Date & Time faxed | | | Initial |
| --- | --- | --- | --- |
| Date & Time called | | Contact Name | Initial |
| Date & Time called | | Contact Name | Initial |

**Movement Request**

| Date & Time called | | Contact Name | | Initial |
| --- | --- | --- | --- | --- |
| Date & Time called | | Contact Name | | Initial |
| Date & Time called | | Contact Name | | Initial |

☐ Forwarded to Pharmacy on Date & Time: _____   Reason: _____

For Pharmacy Staff:

Returned to Physician for Review / Action:
Division: _____   Date: _____

Form# 85314  Rev: March 2013
Item # 28-5000-1988