**Exhibit 7**

* Auth (Verified) *

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**

Last Name: _____  First Name: _____  Date / Time: _____
DOC#: _____  D.O.B.: _____  Location: _____
MR #: _____  Allergy: _____  Weight: _____  ☐ Renewal

Diagnosis: OTP                                                                                 ☐ Non-formulary completed

PtNm-HILL, JAMES V
DOB-         Age- 45 FC- 12/23/13
Act# 20131223105  02D12B/B/8 MR# 39248

| | | # | Given |
|---|---|---|---|
| 1. | METHADONE 80mg TODAY THEN | # ___ | ☐ Given |
| 2. | TAPER PER CERMAK PROTOCOL | # ___ | ☐ Given |
| 3. |  | # ___ | ☐ Given |
| 4. | decrease by 4mg daily until finished | # ___ | ☐ Given |
| 5. |  | # ___ | ☐ Given |
| 6. |  | # ___ | ☐ Given |
| 7. |  | # ___ | ☐ Given |
| 8. |  | # ___ | ☐ Given |
| 9. |  | # ___ | ☐ Given |
| 10. |  | # ___ | ☐ Given |

Checked ✓  Filled ✓  Data Entry ✓

MD / PA Stamp/ Signature
S Richardson MD   12-25-13
                 well no r/h
                 12/25/13
                 1407

DEA #                    Pager #

Form #: 853.01 Rev: February 2010
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient