9 I \ ]V]ĥ,



# Dosing History

Criteria: Date - 9/20/2013 to 1/1/2014
Sort: Default

**Cermak Health Services of Cook County**
2800 S. California Ave
Chicago, Illinois 60608
Run by: jsupasanguan @ 8/5/2016 4:40:26 PM

**DOC**

| | HILL, JAMES V | 20131223105 | | | |
|---|---|---|---|---|---|
| | | 9/20/2013 | | | Not enrolled in Methadone program |
| | | 9/21/2013 | | | Not enrolled in Methadone program |
| | | 9/22/2013 | | | Not enrolled in Methadone program |
| | | 9/23/2013 | | | Not enrolled in Methadone program |
| | | 9/24/2013 | | | Not enrolled in Methadone program |
| | | 9/25/2013 | | | Not enrolled in Methadone program |
| | | 9/26/2013 | | | Not enrolled in Methadone program |
| | | 9/27/2013 | | | Not enrolled in Methadone program |
| | | 9/28/2013 | | | Not enrolled in Methadone program |
| | | 9/29/2013 | | | Not enrolled in Methadone program |
| | | 9/30/2013 | | | Not enrolled in Methadone program |
| | | 10/1/2013 | | | Not enrolled in Methadone program |
| | | 10/2/2013 | | | Not enrolled in Methadone program |
| | | 10/3/2013 | | | Not enrolled in Methadone program |
| | | 10/4/2013 | | | Not enrolled in Methadone program |
| | | 10/5/2013 | | | Not enrolled in Methadone program |
| | | 10/6/2013 | | | Not enrolled in Methadone program |
| | | 10/7/2013 | | | Not enrolled in Methadone program |
| | | 10/8/2013 | | | Not enrolled in Methadone program |
| | | 10/9/2013 | | | Not enrolled in Methadone program |
| | | 10/10/2013 | | | Not enrolled in Methadone program |
| | | 10/11/2013 | | | Not enrolled in Methadone program |
| | | 10/12/2013 | | | Not enrolled in Methadone program |
| | | 10/13/2013 | | | Not enrolled in Methadone program |
| | | 10/14/2013 | | | Not enrolled in Methadone program |
| | | 10/15/2013 | | | Not enrolled in Methadone program |
| | | 10/16/2013 | | | Not enrolled in Methadone program |
| | | 10/17/2013 | | | Not enrolled in Methadone program |
| | | 10/18/2013 | | | Not enrolled in Methadone program |
| | | 10/19/2013 | | | Not enrolled in Methadone program |
| | | 10/20/2013 | | | Not enrolled in Methadone program |
| | | 10/21/2013 | | | Not enrolled in Methadone program |
| | | 10/22/2013 | | | Not enrolled in Methadone program |
| | | 10/23/2013 | | | Not enrolled in Methadone program |
| | | 10/24/2013 | | | Not enrolled in Methadone program |
| | | 10/25/2013 | | | Not enrolled in Methadone program |
| | | 10/26/2013 | | | Not enrolled in Methadone program |
| | | 10/27/2013 | | | Not enrolled in Methadone program |
| | | 10/28/2013 | | | Not enrolled in Methadone program |
| | | 10/29/2013 | | | Not enrolled in Methadone program |
| | | 10/30/2013 | | | Not enrolled in Methadone program |
| | | 10/31/2013 | | | Not enrolled in Methadone program |
| | | 11/1/2013 | | | Not enrolled in Methadone program |
| | | 11/2/2013 | | | Not enrolled in Methadone program |
| | | 11/3/2013 | | | Not enrolled in Methadone program |
| | | 11/4/2013 | | | Not enrolled in Methadone program |
| | | 11/5/2013 | | | Not enrolled in Methadone program |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11/6/2013 | | | | Not enrolled in Methadone program |
| | | 11/7/2013 | | | | Not enrolled in Methadone program |
| | | 11/8/2013 | | | | Not enrolled in Methadone program |
| | | 11/9/2013 | | | | Not enrolled in Methadone program |
| | | 11/10/2013 | | | | Not enrolled in Methadone program |
| | | 11/11/2013 | | | | Not enrolled in Methadone program |
| | | 11/12/2013 | | | | Not enrolled in Methadone program |
| | | 11/13/2013 | | | | Not enrolled in Methadone program |
| | | 11/14/2013 | | | | Not enrolled in Methadone program |
| | | 11/15/2013 | | | | Not enrolled in Methadone program |
| | | 11/16/2013 | | | | Not enrolled in Methadone program |
| | | 11/17/2013 | | | | Not enrolled in Methadone program |
| | | 11/18/2013 | | | | Not enrolled in Methadone program |
| | | 11/19/2013 | | | | Not enrolled in Methadone program |
| | | 11/20/2013 | | | | Not enrolled in Methadone program |
| | | 11/21/2013 | | | | Not enrolled in Methadone program |
| | | 11/22/2013 | | | | Not enrolled in Methadone program |
| | | 11/23/2013 | | | | Not enrolled in Methadone program |
| | | 11/24/2013 | | | | Not enrolled in Methadone program |
| | | 11/25/2013 | | | | Not enrolled in Methadone program |
| | | 11/26/2013 | | | | Not enrolled in Methadone program |
| | | 11/27/2013 | | | | Not enrolled in Methadone program |
| | | 11/28/2013 | | | | Not enrolled in Methadone program |
| | | 11/29/2013 | | | | Not enrolled in Methadone program |
| | | 11/30/2013 | | | | Not enrolled in Methadone program |
| | | 12/1/2013 | | | | Not enrolled in Methadone program |
| | | 12/2/2013 | | | | Not enrolled in Methadone program |
| | | 12/3/2013 | | | | Not enrolled in Methadone program |
| | | 12/4/2013 | | | | Not enrolled in Methadone program |
| | | 12/5/2013 | | | | Not enrolled in Methadone program |
| | | 12/6/2013 | | | | Not enrolled in Methadone program |
| | | 12/7/2013 | | | | Not enrolled in Methadone program |
| | | 12/8/2013 | | | | Not enrolled in Methadone program |
| | | 12/9/2013 | | | | Not enrolled in Methadone program |
| | | 12/10/2013 | | | | Not enrolled in Methadone program |
| | | 12/11/2013 | | | | Not enrolled in Methadone program |
| | | 12/12/2013 | | | | Not enrolled in Methadone program |
| | | 12/13/2013 | | | | Not enrolled in Methadone program |
| | | 12/14/2013 | | | | Not enrolled in Methadone program |
| | | 12/15/2013 | | | | Not enrolled in Methadone program |
| | | 12/16/2013 | | | | Not enrolled in Methadone program |
| | | 12/17/2013 | | | | Not enrolled in Methadone program |
| | | 12/18/2013 | | | | Not enrolled in Methadone program |
| | | 12/19/2013 | | | | Not enrolled in Methadone program |
| | | 12/20/2013 | | | | Not enrolled in Methadone program |
| | | 12/21/2013 | | | | Not enrolled in Methadone program |
| | | 12/22/2013 | | | | Not enrolled in Methadone program |
| | | 12/23/2013 | | | | Not enrolled in Methadone program |
| | | 12/24/2013 | | | | Not enrolled in Methadone program |
| | 12/25/2013 2:27:34 PM | 12/25/2013 | Methadone Liquid | 80 | fnazir | Window |
| | 12/26/2013 8:48:37 AM | 12/26/2013 | Methadone Liquid | 76 | vpatel | Window |
| | 12/27/2013 8:06:28 AM | 12/27/2013 | Methadone Liquid | 72 | oajala | Window |
| | 12/28/2013 8:20:10 AM | 12/28/2013 | Methadone Liquid | 68 | kchan | Window |
| | 12/29/2013 8:13:40 AM | 12/29/2013 | Methadone Liquid | 64 | vpatel | Window |
| | 12/30/2013 8:41:29 AM | 12/30/2013 | Methadone Liquid | 60 | oajala | Window |
| | 12/31/2013 3:44:44 PM | 12/31/2013 | Methadone Liquid | 56 | apatel | Window |

| | | 1/1/2014 | | | Missed Dose | |
|---|---|---|---|---|---|---|
| | | Missed: 1 | Doses: 7 | 476 | | |