**Exhibit 9**

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3

 4  KEITH ROGERS, JAMES HILL, )
    and WANDA HOLLINS,        )
 5                            )
                 Plaintiffs,  )
 6                            )
                    - vs -    ) Case No. 15-CV-11632
 7                            )
    SHERIFF OF COOK COUNTY AND)
 8  COOK COUNTY ILLINOIS,     )
                              )
 9               Defendants.  )

10

11           The Discovery Deposition of

12                   JAMES HILL,

13  taken in the above-entitled cause, before BERNA

14  DAVIS, a Certified Shorthand Reporter in the

15  State of Illinois, taken at Cook County State

16  Attorney - Conflicts Counsel Unit, 50 West

17  Washington Boulevard, Conference Room 2720,

18  Chicago, Illinois, 60602, on the 17th day of

19  September, 2019, commencing at approximately

20  12:56 p.m.

21

22

23

24
```

1

**James Hill**
**September 17, 2019**
**Exhibit 9**                                    Page 1

```
1                A P P E A R A N C E S
2    KENNETH N. FLAXMAN, P.C.
3    By:     Kenneth N. Flaxman, Esq.
4    200 South Michigan Avenue, Suite 201
5    Chicago, IL 60604
6    (312) 427-3200
7            Appeared on Behalf of the Plaintiffs;
8
9    COOK COUNTY STATE ATTORNEY - CONFLICTS COUNSEL
     UNIT
10   By:    Lyle K. Henretty, Esq.
11   50 West Washington, Suite 2760
12   Chicago, Illinois 60602
13   (312) 603-1424
14   lyle.henretty@cookcountyil.gov
15           Appeared on Behalf of Cook County;
16   SANCHEZ DANIELS & HOFFMAN, LLP
17   By:     Meghan D. White, Esq.
18   333 West Wacker Drive, Suite 500
19   Chicago, Illinois 60606
20   (312) 641-1555
21   mwhite@sanchezdh.com
22           Appeared on Behalf of the Sheriff.
23   ALSO PRESENT:
24   Wanda Hollins
```

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1                    I N D E X

 2

 3   WITNESS:          JAMES HILL                 PAGE

 4   Direct Examination by Mr. Henretty            7

 5   Cross-Examination by Ms. White               37

 6   Cross-Examination by Mr. Flaxman             40

 7   Redirect Examination by Mr. Henretty         41

 8   Recross-Examination by Mr. Flaxman           43

 9   Further Redirect Exam by Mr. Henretty        44

10

11

12   EXHIBIT                                  MARKED
                                              FOR ID
13

14

15              (No exhibits were marked.)

16

17

18

19

20

21

22

23

24
```

**James Hill**
**September 17, 2019**
**Exhibit 9**                                **Page 3**

**Atkinson-Baker, Inc.**
www.depo.com

```
 1                    (WITNESS SWORN.)
 2              MR. HENRETTY:  Let the record reflect
 3     that -- strike that.
 4                    Could you state your name and
 5     spell it for the record.
 6              THE WITNESS:  My name is James Hill,
 7     J-a-m-e-s, Hill, H-i-l-l.
 8              MR. HENRETTY:  Let the record reflect
 9     that this is the deposition of James Hill, taken
10     pursuant to Notice and all requisite Federal
11     rules and local rules.
12                    Mr. Hill, as you heard before,
13     my name is Lyle Henretty.  I represent Cook
14     County in the case that you brought against them
15     and against the Sheriff.  My colleague
16     represents the sheriff.
17                    Have you ever had your
18     deposition taken before?
19              THE WITNESS:  No.
20              MR. HENRETTY:  And I know you already
21     heard those, but I'm going to run through them
22     for the record anyway.  I'll give you some --
23     strike that.
24                    You said --
```

4

**Atkinson-Baker, Inc.**
www.depo.com

```
 1                        Is that a no?
 2             THE WITNESS:  True.
 3             MR. HENRETTY:  So we've already --
 4                   That's the first rule, is you
 5   have to answer out loud because we have a court
 6   reporter here.  So no nods of the head, or
 7   uh-huhs, or uh-uhs because the court reporter
 8   can't take that down.
 9             THE WITNESS:  Yes.
10             MR. HENRETTY:  We all do it.  I'm sure
11   I'll miss one at some point and counsel for you
12   is pretty good at catching them.  So I'm not
13   trying to be rude, it's so we can make sure
14   everything is out loud for the court reporter.
15   Do you understand that?
16             THE WITNESS:  Yes, sir.
17             MR. HENRETTY:  Along those same
18   lines -- and you've been doing very well so
19   far -- because of the court reporter you have to
20   wait until I finish asking the question before
21   you answer, and I will give you the same
22   courtesy of not speaking over your answer.  Is
23   that acceptable?
24             THE WITNESS:  Yes.
```

5

```
1    times a day, and I take Depakote twice a day.
2         Q    Have you taken your meds today?
3         A    Yes.
4         Q    So probably one in the morning and one
5    in the night?
6         A    Yes.
7         Q    Any other medication you're taking
8    right now?
9         A    I take Suboxone.
10        Q    Suboxone?
11        A    Yes, sir.
12        Q    And what is that for?
13        A    That's for heroin; 12 milligrams,
14   twice a day.
15        Q    What is your address right now?
16        A    ████████████    Hamlin.
17        Q    Is that a house or an apartment?
18        A    Chicago, Illinois.  Yes, first floor
19   front.
20        Q    And what is your date of birth?
21        A    ██████-1968.
22        Q    Are you currently employed?
23        A    Yes.
24        Q    Where do you work?
```

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1              MR. FLAXMAN:  You have to say yes or
 2    no.
 3              THE WITNESS:  Yes.
 4    BY MR. HENRETTY:
 5       Q    Do you remember when on the 23rd you
 6    were arrested?
 7       A    No.
 8              MR. FLAXMAN:  That assumes he was
 9    arrested on the 23rd; probably he was arrested
10    on the 22nd.
11              MR. HENRETTY:  Yeah, it's possible.
12    That's why I asked it that way.  And I'll
13    concede, though I'm sure the records are clear
14    otherwise, I just don't have the record in front
15    of me.
16    BY MR. HENRETTY:
17       Q    The day you were arrested, do you
18    remember if you took your dose of Methadone that
19    day?
20       A    Yes.
21       Q    You did in the morning?
22       A    Yes.
23       Q    And then once you made it into the
24    jail, did you go through a intake process?
```

**Atkinson-Baker, Inc.**
www.depo.com

1    A    Yes.

2    Q    And as part of that intake process,

3   did you eventually see medical?

4    A    Yes.

5    Q    Do you remember when or how long it

6   took for you to see medical after you were

7   brought to the jail from the intake?

8    A    Going through medical I had to go

9   through the procedure of the search down, the

10  strip and all that there.  And then you got to

11  go through the psych; I seen that.  And then the

12  medical, that was the last thing I did.  So that

13  was about -- probably about seven or eight

14  hours.  That was a while.

15   Q    Seven or eight hours?

16   A    Yeah.

17   Q    Was it the same day that you had

18  taken -- strike that.

19              Do you remember when about in

20  the day or night it was when you saw medical?

21   A    I seen medical that night.  It was

22  that night.  During that day I got processed

23  through, but it was the last that I seen the

24  medical.

20

**Atkinson-Baker, Inc.**
www.depo.com

1      Q    Was that in the evening or was it in

2  the middle of the night, if you remember?

3      A    No, it was in the middle of the night.

4      Q    Was it within 24 hours of you taking

5  your dose of Methadone, if you remember?

6      A    No.  Because I stayed in the police

7  station a couple of days.  I remember that now.

8  And then when you make it to the County you

9  gotta go through the strip, and it's got a lot

10 of guys -- more guys than women.  So it's a

11 while.  It was a while.

12     Q    Do you remember -- you said a couple

13 of days.  Do you remember how many days you were

14 in the police station?

15     A    Probably about -- a couple of days.  I

16 was in the police station a couple of days, I

17 think.  A day, a couple of days.

18     Q    Overnight --

19     A    Yeah --

20     Q    -- at least once?

21     A    It was overnight.

22     Q    Do you know if there were two nights

23 there or --

24     A    Going on a second night.

**James Hill**
September 17, 2019
Exhibit 9                              Page 9

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q    And so you had taken your Methadone --
 2   the last dose of Methadone before you got to the
 3   police station?
 4        A    Before I got to the police station.  I
 5   was sick.
 6        Q    And the Chicago police doesn't offer
 7   Methadone; is that correct?
 8        A    No.  None of that.
 9        Q    Okay.  And so did you tell someone
10   during intake that you were taking Methadone?
11        A    Yes.
12        Q    And was it 85 milliliters at that
13   point?
14        A    That I took last, yeah.  Yes.
15        Q    Who did you tell?
16        A    I told the officer, and the officer
17   said wait until I go see the nurse.  And when I
18   got through to see the nurse, I explained to
19   them that I was taking Methadone.  And I gave
20   them the Pilsen address, and then they confirmed
21   it, and they said that they was going to give it
22   to me.  So I had to wait.
23        Q    Do you remember who the nurse was that
24   you talked to?
```

```
 1          A     No.
 2          Q     Do you remember who the officer was
 3    you talked to?
 4          A     Nawl.  Nawl.
 5          Q     Nobody you had seen before that you
 6    remember?
 7          A     No.
 8          Q     While you were on -- while you were
 9    taking Methadone regularly for those months
10    prior to the arrest, were you ever using
11    cocaine?
12          A     No.
13          Q     Do you know if you used --
14                Do you remember telling a
15    mental health practitioner at the jail that you
16    had used cocaine about a week before the arrest?
17          A     I told them I used heroin.
18          Q     When did you use heroin before the
19    arrest, if you remember?
20          A     I remember during my activities, doing
21    my retail theft thang.
22          Q     And how long between that and the
23    arrest?  Were you arrested immediately, or did a
24    couple of days go by?
```

23

**Atkinson-Baker, Inc.**
www.depo.com

1      A    No.  I was arrested immediately.  As

2  soon as I did my thang I got arrested coming out

3  the store.

4      Q    I was just trying to figure out what

5  you were saying.

6      A    Yeah.  Coming out the store.

7      Q    But it's your testimony today that you

8  didn't use cocaine at any point --

9      A    No.

10      Q    -- during the time you were on

11  Methadone?

12      A    Not that I remember.  Not that I

13  recall.

14      Q    No that you can recall?

15      A    No.

16      Q    Do you remember the name of the person

17  that initially prescribed you -- the

18  doctor -- was it a doctor -- strike that.

19                    Was it a doctor who prescribed

20  you Methadone at the Pilsen location?

21      A    Yes.

22      Q    And who is that doctor, if you

23  remember?

24      A    I don't know his name.  I ain't

1    familiar with no names.  But I know his face,

2    but I ain't familiar with no names.

3        Q    And what did the nurse tell you when

4    you said that you needed to get on the

5    Methadone -- that you were taking Methadone?

6        A    What did the nurse --

7        Q    During intake.  You said you told the

8    nurse you were --

9        A    In the jail?

10       Q    Yeah.

11       A    They said they was going to see.  They

12   going to call, and they going to look me up and

13   they going to, I guess, get it to me.  But it

14   didn't happen like that.

15       Q    When was your first dose of Methadone,

16   if you remember?

17       A    Probably a day or two.

18       Q    And the records that I have -- and I'm

19   happy to show them to you -- say, and I think

20   your complaint says, that you got your first

21   dose on Christmas Day, 12-25.  Do you have any

22   reason to believe that's not true?

23       A    I got locked up when?

24       Q    You did your intake on 12-23, so that

**Atkinson-Baker, Inc.**
www.depo.com

```
 1    would have been two days after.
 2         A    About a day and a half I didn't get my
 3    dose.
 4         Q    And then how did you get that first
 5    dose?
 6         A    They walked me over there.  They
 7    walked me over to Cermak.
 8         Q    So the officers walked you over to
 9    Cermak?
10         A    Yes, sir.
11         Q    And did they --
12                   Was it as part of a line, or
13    did they just come get you individually and take
14    you over there, if you remember?
15         A    They call people from the unit, each
16    unit.  It's how many people on each unit, they
17    call you.  And then you line up and then you go
18    to Cermak.
19         Q    Was this for meds in general or was it
20    for Methadone specifically?
21         A    Just for Methadone.
22         Q    Do you remember how many other people
23    were with you when you went over?
24         A    It was probably about five.
```

**James Hill**
**September 17, 2019**
**Exhibit 9**                    Page 14

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q    And did you see a doctor when you got
 2   to Cermak, or was it a pharmacist, or who did
 3   you see?
 4        A    I seen the guy that gave me the
 5   Methadone.  The guy.
 6        Q    Do you remember who that was?
 7        A    A guy.  I don't know his name, nawl.
 8        Q    Do you remember what he looked like?
 9        A    He was a White guy.  Yeah.  I don't
10   know.
11        Q    Fat or skinny, you don't remember?
12        A    He's a slim guy.  Look slimmer than
13   you.
14        Q    Slimmer than me?
15        A    Yeah.
16        Q    A lot of people are slimmer than me.
17                  So you got that on 25.
18                  So between when you arrived at
19   the jail and when you got the Methadone a day
20   and a half later, did you suffer anything, did
21   it hurt, did you have any physical --
22        A    Of course.
23        Q    Tell me about it.
24        A    I couldn't sleep, I was nauseated,
```

27

```
 1   throwing up, diarrhea, running, irritable.  And
 2   plus, you know, my meds -- my psych meds, I
 3   really was off the chain.  I couldn't function.
 4        Q    Were you not given the psych meds when
 5   you came in either?
 6        A    No, I was not.  They didn't give me no
 7   psych meds.  Nawl.  See, the way -- see, the
 8   doctor give psych meds.
 9        Q    When did you get your psych meds, if
10   you remember?
11        A    Probably about a week, because you had
12   to get the call line -- the doctor had to put
13   you on the call to receive the, you know, the
14   medicine.
15        Q    So you talked about nausea, diarrhea.
16   Were there any other -- were you in any other
17   pain, physical or mental pain, during that
18   day-and-a-half?
19        A    Yeah.  I was dizzy, yeah.  My bones
20   was aching, yes.  Of course.
21        Q    Were you still eating during that
22   time?
23        A    No, I couldn't eat.
24        Q    Were you going outside at all
```

28

Atkinson-Baker, Inc.
www.depo.com

```
 1    or going --
 2         A    No.  No outside.  I slept.  I was in
 3    Division 2.  It was like a dormitory.  You know
 4    what I mean?  It was loud and it was crazy, you
 5    know.  And I laid in bed.  They get the tray and
 6    eat.  They say, you go on and get the tray; they
 7    eat the tray.  No, I couldn't eat nothing.  No.
 8         Q    Did you suffer any other mental damage
 9    at that time related to not getting your
10    Methadone?
11         A    No.  What I told you, that's all.
12         Q    Nothing other than what you told me
13    about?
14         A    What I told you.  That's it.
15         Q    So I want to talk a little bit --
16                   We talked about tapering
17    earlier with Ms. Hollins.
18                   Is it your understanding that
19    at Cook County jail they'll taper your dose,
20    meaning they'll lower the dose, over time?
21         A    Yes.
22         Q    Do you remember what dose they gave
23    you when you first got your dose on the
24    day-and-a-half after you got there?
```

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1        A    I don't know.  I think they gave me
 2   40, 45.  Then you be building up to 85.
 3        Q    They actually built your dose up when
 4   you got there?
 5        A    Yeah, they built it up.  25, 50, 55.
 6   The can only give you 5 until you reach 85.  And
 7   then that's the same thing they do when they
 8   bring you down.
 9        Q    How many days before they got you up
10   to 85, if you remember?
11        A    I don't know.  Probably -- I don't
12   know.  Probably three, four days.
13        Q    And at that point did they start going
14   back down, or do you remember when they started
15   tapering down?
16        A    I don't remember.  I don't remember
17   when they tapered, no.
18        Q    So, again, what I have here is you
19   were discharged on New Year's Day, 12-31.  Does
20   that sound right?
21        A    It could be.
22        Q    12-31-13.
23        A    At night?
24        Q    I don't know what time of day it was.
```

30

**Atkinson-Baker, Inc.**
www.depo.com

1    Do you remember being discharged at night?

2         A    Yes.

3         Q    When you were discharged where did you

4    go?

5         A    I went to my sister house.

6         Q    So were you --

7                     Did they drop the charge or

8    were you released on bail?  How did you get out?

9         A    No, they dropped the charge.

10        Q    Okay.  So in the eight days you were

11   there, you said it took a couple of days for

12   them to get you up to the 85, and then at some

13   point they started to taper you back down?

14        A    They had to, yeah.  Because I wasn't

15   feeling the same effect on the Methadone.

16        Q    I'll get to that in a second.

17                    When you left on the 31st, did

18   you get a dose on the day your left?

19        A    No.  They don't give you none when you

20   leave?

21        Q    Did you get it the day before?

22        A    Yeah, the day before, but not the day

23   that you leave.

24        Q    So it's your understanding that they

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1   don't give you a dose the day you leave?

 2        A    No.  No.  Either you go home or you

 3   take that dose.  That's the way they do it.

 4        Q    I got it.

 5                      So when you say you weren't

 6   feeling the same affect, what do you mean by

 7   that?

 8        A    Because the dose, it wasn't effective

 9   as it was when I first started drinking it.  You

10   know what I'm saying?  When I went to maximum at

11   85, and then they bring it down in that couple

12   of days you don't feel it.  I get to sweating.

13   And you can tell that you ain't got the same --

14   the dose that you had when it was the 85.  You

15   can tell that because of the amount of the stuff

16   they give you anyway.  You can see, you know,

17   that they ain't giving you the maximum.

18        Q    You said you started sweating?

19        A    Yes.

20        Q    What else happens?

21        A    I get nervous.

22        Q    Tell me about that.  When you say you

23   get nervous, what do you mean?

24        A    I get anxious, then I throw up.  And I
```

32

**Atkinson-Baker, Inc.**
www.depo.com

```
 1   tell them that, and they don't want to, you
 2   know, they don't...
 3        Q    Who did you tell?
 4        A    I told the officer and I told the
 5   nurse.  They don't want to -- they don't want
 6   to, you know.  They bring you down, they don't
 7   want to --
 8                     It's a 21-day detox.  They
 9   don't want to hear that, you know.
10        Q    Do you remember who the nurse was?
11        A    It was a lady, I know that.  She was a
12   lady.
13        Q    Do you know anything else about her?
14        A    No.
15        Q    So we've talked about you were
16   sweating, you get anxious, you threw up.  Did
17   you have any other effects, negative effects
18   from the tapering?
19        A    Yeah, diarrhea.  I ran off.
20        Q    Were you eating during that period?
21        A    No.  I couldn't eat, no.
22        Q    Did you eat okay when you were up to
23   85?
24        A    Yeah.  Of course.
```

33

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q    Do you remember how many days it was
 2   where you started feeling these effects because
 3   of the tapering?
 4        A    I think it was about a couple of days.
 5   It last a couple of days.
 6        Q    Last a couple of days.  Two or three
 7   days?
 8        A    Yeah.
 9        Q    Any other injuries or anything we
10   haven't already talked about?
11        A    Not no injury, nawl.
12        Q    So you got out on the 31st.  Did you
13   take any -- have you taken Methadone since then?
14        A    Yes, I have.
15        Q    What --
16        A    I had --
17        Q    Go ahead.
18        A    I have been to a program.  I been to a
19   program.
20        Q    After you got out of jail, when is the
21   next time you went to get Methadone?
22             MR. FLAXMAN:  The next time he went?
23             MR. HENRETTY:  After he got out of
24   jail when is the next time he went to the
```

34

**Atkinson-Baker, Inc.**
www.depo.com

```
 1   Methadone program.
 2            THE WITNESS:  I think that was '15,
 3   '16.  That's the last time.
 4   BY MR. HENRETTY:
 5        Q    You didn't go the day that you got
 6   out?
 7        A    No, I didn't go the day I got out, but
 8   that next day I probably went.
 9        Q    That is what I'm asking.
10        A    Okay.  Yes.
11        Q    So it would have been the day after
12   you got out, you went back to the Methadone
13   clinic?
14        A    Yeah.
15        Q    Was there any problem getting
16   Methadone that day?
17        A    No.
18        Q    How long did you stay on it after
19   that?
20        A    Probably a year.
21        Q    Do you remember why you stopped going?
22        A    Because I probably got locked back up.
23        Q    And then you said in 2016 you got back
24   on it again?
```

```
 1          A      '15.
 2          Q      Any problem getting back on in 2015?
 3          A      Nawl.  No problem.
 4          Q      When you went in to get back on it,
 5     did you tell the doctor you had been on it
 6     before?
 7          A      Yeah.  They know.
 8          Q      They know?
 9          A      They gone see your files.
10          Q      Do you remember what the --
11          A      85.
12          Q      I gotta ask it.  You answered the
13     question, but I gotta ask it.
14                         Do you remember the amount
15     they put you on at the time?
16          A      85.
17          Q      They started you on 85 or they got you
18     up to that?
19          A      They got me up to that, the same way.
20          Q      And then -- I think you answered this,
21     forgive me.  I apologize if I'm am asking it
22     again.  Was that 2016 the last time you took
23     Methadone?
24          A      Yeah.
```

36