**Exhibit 10**

* Auth (Verified) *



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

CERMAK PHARMACY
13 SEP 12 PM 10:31

Must Complete Both Sides

773-533-0433

## METHADONE REFERRAL FORM
Completed Form Immediately to Pharmacy

PtNm- HOLLINS, WANDA
DOB- ███ Age- 45Y FC- 09/12/2013
Act# 20130912013 9902 BP 2 MR# 00100019z

**PRINT NAME:** _____

**AKA:** _____

**Division:** _____

**Received in Pharmacy**
Booking Date _____
DOB _____
Location  4 - 2L

### REQUIRED INFORMATION

| | |
|---|---|
| DOC I.D. # _____ | Social Security # ███-██-1198 |
| Clinic Name: Garfield | Clinic Address: 4132 |
| Program I.D. # 1167 | Counselor: Orsalser / Araceli |

I, __Wanda Hollins__ do hereby authorize _____ Clinic, to disclosure to Cermak Health Services Department of Pharmacy, information regarding my dosage of methadone. This is for the purpose of establishing a detoxification treatment plan. This consent is subject to revocation at any time except to the extent that action has been taken. This consent is good until my release from the detoxification program.

**SIGNATURE:** _Wanda Hollins_   **DATE:** 9-17-13

---

### Pharmacy Only

Confirmed by Pharmacist: _Wolfe___   Date: 9/13/13   Per Clinic Nurse: Rhonda

Last Dose & Date: 120mg   9/11/13   RIN #: 014044853

### Movement Request

| | | | | | |
|---|---|---|---|---|---|
| Shift Commander: Vaugh | Ext. 5698 | Date: 9/13/13 | Time: 12 PM | Initial: __ |
| Shift Commander: _____ | Ext. ____ | Date: _____ | Time: ____ | Initial: __ |
| Shift Commander: _____ | Ext. ____ | Date: _____ | Time: ____ | Initial: __ |

Return to Physician for Review / Action Division: _____   Date: _____

☐ Patient not Currently Active in Program
☐ Incomplete Information
☐ Other: _____

PATIENT LABEL

Form # 85314
Item # 28-5000-1988 March, 2009