**Exhibit 11**

Patient Name: HOLLINS, WANDA   MRN: 00100019z
Date of Birth: [redacted]   FIN: 20130912013
Case: 1:15-cv-11632 Document #: 153-12 Filed: 10/31/19 Page 2 of 2 PageID #:1112

* Auth (Verified) *

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**Prescription Order**

Last Name: Hollins   First Name: Wanda   Date / Time: 9/21/13

DOC# 20130912013   D.O.B. _____   Location: _____

MR # _____   Allergy: _____   Weight: _____   ☐ Renewal

Diagnosis: _____   ☐ Non-formulary completed

| | | |
|---|---|---|
| 1. | Methadone 85mg po on 9/21/13 | # ____ ☐ Given |
| 2. | taper by 3mg/day until | # ____ ☐ Given |
| 3. | finished | # ____ ☐ Given |
| 4. | | # ____ ☐ Given |
| 5. | | # ____ ☐ Given |
| 6. | | # ____ ☐ Given |
| 7. | | # ____ ☐ Given |
| 8. | | # ____ ☐ Given |
| 9. | | # ____ ☐ Given |
| 10. | | # ____ ☐ Given |

MD / PA Stamp/ Signature

*[signature] Richardson AC*

DEA #   Pager #

Form #: 853.01 Rev: February 2010
Pink Copy: Pharmacy   White Copy: Medical Records   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient

Patient Label