**Exhibit 12**



**Dosing History**

Criteria: Date - 9/20/2013 to 1/1/2014
Sort: Default

Cermak Health Services of Cook County
2800 S. California Ave
Chicago, Illinois 60608
Run by: jsupasanguan @ 8/5/2016 4:40:26 PM

**DOC**

| | HOLLINS, WANDA | 20130912013 | | | | |
|---|---|---|---|---|---|---|
| | 9/20/2013 9:19:39 AM | 9/20/2013 | Methadone Liquid | 85 | oajala | Window |
| | 9/21/2013 8:25:37 AM | 9/21/2013 | Methadone Liquid | 85 | vpatel | Window |
| | 9/22/2013 8:15:34 AM | 9/22/2013 | Methadone Liquid | 82 | vpatel | Window |
| | 9/23/2013 9:10:16 AM | 9/23/2013 | Methadone Liquid | 79 | oajala | Window |
| | 9/24/2013 9:52:38 AM | 9/24/2013 | Methadone Liquid | 76 | kchan | Window |
| | 9/25/2013 8:40:28 AM | 9/25/2013 | Methadone Liquid | 73 | oajala | Window |
| | | 9/26/2013 | | | | Missed Dose |
| | 9/27/2013 10:28:27 AM | 9/27/2013 | Methadone Liquid | 70 | oajala | Window |
| | 9/28/2013 9:10:38 AM | 9/28/2013 | Methadone Liquid | 67 | kchan | Window |
| | 9/29/2013 8:59:11 AM | 9/29/2013 | Methadone Liquid | 64 | kchan | Window |
| | 9/30/2013 9:15:48 AM | 9/30/2013 | Methadone Liquid | 61 | oajala | Window |
| | 10/1/2013 9:21:54 AM | 10/1/2013 | Methadone Liquid | 58 | oajala | Window |
| | 10/2/2013 9:17:41 AM | 10/2/2013 | Methadone Liquid | 55 | vpatel | Window |
| | 10/3/2013 9:31:24 AM | 10/3/2013 | Methadone Liquid | 52 | oajala | Window |
| | 10/4/2013 10:18:10 AM | 10/4/2013 | Methadone Liquid | 49 | kchan | Window |
| | 10/5/2013 8:50:19 AM | 10/5/2013 | Methadone Liquid | 46 | vpatel | Window |
| | | 10/6/2013 | | | | Missed Dose |
| | | 10/7/2013 | | | | Not enrolled in Methadone program |
| | | 10/8/2013 | | | | Not enrolled in Methadone program |
| | | 10/9/2013 | | | | Not enrolled in Methadone program |
| | | 10/10/2013 | | | | Not enrolled in Methadone program |
| | | 10/11/2013 | | | | Not enrolled in Methadone program |
| | | 10/12/2013 | | | | Not enrolled in Methadone program |
| | | 10/13/2013 | | | | Not enrolled in Methadone program |
| | | 10/14/2013 | | | | Not enrolled in Methadone program |
| | | 10/15/2013 | | | | Not enrolled in Methadone program |
| | | 10/16/2013 | | | | Not enrolled in Methadone program |
| | | 10/17/2013 | | | | Not enrolled in Methadone program |
| | | 10/18/2013 | | | | Not enrolled in Methadone program |
| | | 10/19/2013 | | | | Not enrolled in Methadone program |
| | | 10/20/2013 | | | | Not enrolled in Methadone program |
| | | 10/21/2013 | | | | Not enrolled in Methadone program |
| | | 10/22/2013 | | | | Not enrolled in Methadone program |
| | | 10/23/2013 | | | | Not enrolled in Methadone program |
| | | 10/24/2013 | | | | Not enrolled in Methadone program |
| | | 10/25/2013 | | | | Not enrolled in Methadone program |
| | | 10/26/2013 | | | | Not enrolled in Methadone program |
| | | 10/27/2013 | | | | Not enrolled in Methadone program |
| | | 10/28/2013 | | | | Not enrolled in Methadone program |
| | | 10/29/2013 | | | | Not enrolled in Methadone program |
| | | 10/30/2013 | | | | Not enrolled in Methadone program |
| | | 10/31/2013 | | | | Not enrolled in Methadone program |
| | | 11/1/2013 | | | | Not enrolled in Methadone program |
| | | 11/2/2013 | | | | Not enrolled in Methadone program |
| | | 11/3/2013 | | | | Not enrolled in Methadone program |
| | | 11/4/2013 | | | | Not enrolled in Methadone program |
| | | 11/5/2013 | | | | Not enrolled in Methadone program |

**Rogers v. CC 1**

Plaintiff's Exhibit 12