**Exhibit 13**

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3

 4   KEITH ROGERS, JAMES HILL, )
     and WANDA HOLLINS,        )
 5                             )
                  Plaintiffs,  )
 6                             )
                     - vs -    ) Case No. 15-CV-11632
 7                             )
     SHERIFF OF COOK COUNTY AND)
 8   COOK COUNTY ILLINOIS,     )
                               )
 9                Defendants.  )

10

11           The Discovery Deposition of

12                WANDA HOLLINS ,

13   taken in the above-entitled cause, before BERNA

14   DAVIS, a Certified Shorthand Reporter in the

15   State of Illinois, taken at Cook County State

16   Attorney - Conflicts Counsel Unit, 50 West

17   Washington Boulevard, Conference Room 2720,

18   Chicago, Illinois, 60602, on the 17th day of

19   September, 2019, commencing at approximately

20   11:46 a.m..

21

22

23

24
```

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1                A P P E A R A N C E S

 2   KENNETH N. FLAXMAN, P.C.

 3   By:      Kenneth N. Flaxman, Esq.

 4   200 South Michigan Avenue, Suite 201

 5   Chicago, IL 60604

 6   (312) 427-3200

 7           Appeared on Behalf of the Plaintiffs;

 8

 9   COOK COUNTY STATE ATTORNEY - CONFLICTS COUNSEL
     UNIT

10   By:     Lyle K. Henretty, Esq.

11   50 West Washington, Suite 2760

12   Chicago, Illinois 60602

13   (312) 603-1424

14   lyle.henretty@cookcountyil.gov

15           Appeared on Behalf of Cook County;

16   SANCHEZ DANIELS & HOFFMAN, LLP

17   By:     Meghan D. White, Esq.

18   333 West Wacker Drive, Suite 500

19   Chicago, Illinois 60606

20   (312) 641-1555

21   mwhite@sanchezdh.com

22           Appeared on Behalf of the Cook County
             Sheriff.
23   ALSO PRESENT:

24   James Hill
```

2

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1                      I N D E X

 2

 3   WITNESS:             WANDA HOLLINS              PAGE

 4

 5   Direct Examination by Mr. Henretty              4

 6   Cross-Examination by Ms. White                 65

 7

 8

 9   EXHIBIT                                      MARKED
                                                  FOR ID
10

11

12              (No exhibits were marked.)

13

14

15

16

17

18

19

20

21

22

23

24
```

3

**Atkinson-Baker, Inc.**
www.depo.com

```
 1                    (WITNESS SWORN.)
 2                    WANDA HOLLINS,
 3    called as a witness herein, having been first
 4    duly sworn, was examined and testified as
 5    follows:
 6                  DIRECT EXAMINATION
 7    BY MR. HENRETTY:
 8        Q    Could you please state your name and
 9    spell it for the record.
10        A    Wanda Hollins.  Wanda, W-a-n-d-a,
11    Hollins, H-o-l-l-i-n-s.
12        Q    Thank you, Ms. Hollins.
13                    Have you ever had your
14    deposition taken before?
15        A    Yes.
16               MR. HENRETTY:  Okay.  So I'm going --
17                    Well, first of all I'll
18    introduce myself and then we'll go through the
19    ground rules.  My name is Lyle Henretty.  I'm an
20    Assistant State's Attorney, and I represent Cook
21    County in this case.  We have an attorney with
22    the Sheriff here too who may ask you some
23    questions when I'm done, as your attorney knows.
24                    So we're here for the case of
```

4

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1       Q     When was the last time that you used
 2   heroin?
 3       A     The last time I used heroin was, I
 4   would say a couple of years.
 5       Q     Two or three years ago, or four or
 6   five years ago?
 7       A     I would say, yeah.
 8       Q     Which one?
 9       A     I mean, about two years ago.
10       Q     Two years ago.
11                   How about cocaine, when was
12   the last time you used cocaine?
13       A     It's been about four years.
14       Q     Are you on any prescription
15   medication?
16       A     Yes.
17       Q     What are you on right now?
18       A     Suboxone.
19       Q     Are you on any other prescription
20   medication?
21       A     Yes.
22       Q     What else?
23       A     Seroquel.
24       Q     What is Seroquel for?
```

16

```
1          Q     You have to say yes or no.

2          A     I mean -- I'm sorry.  Bipolar.  That's

3     it.  Yes.

4          Q     Bipolar?

5          A     Yes.

6          Q     Depression and bipolar?

7          A     Yes.

8          Q     When were you diagnosed with bipolar?

9          A     As a kid.

10         Q     And are you on any medication for that

11    other than the ones we've already talked about?

12         A     No.

13         Q     Have we, to the best of your memory,

14    talked about all of the medications that you're

15    currently taking?

16         A     Excuse me.

17         Q     To the best of your memory and

18    understanding, have we talked about all the

19    medications that you're currently taking?

20         A     Yes.

21         Q     So I think I'll move on to Methadone.

22    Have you ever taken Methadone?

23         A     Yes.

24         Q     And you are currently taking
```

1    Methadone?

2         A     No.

3         Q     When is the first time, if you can

4    remember, that you took Methadone?

5         A     First time that I can remember I think

6    in '99.

7         Q     And did you go to a clinic?

8         A     Yes.

9         Q     And how did you come to go to that

10   clinic?  Did you decide to go or were you

11   referred there by a doctor?

12        A     I decided to get help.  Yes.

13        Q     And do you remember the name of that

14   clinic?

15        A     Garfield.

16        Q     Garfield?

17        A     Yes.

18        Q     And where is that?

19        A     On Madison and Pulaski.

20        Q     And did you ever go to any other

21   Methadone clinics after Garfield, or is that the

22   one you always went to?

23        A     South Shore, Little Village.  I can't

24   remember all the names of them.

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1        Q    Did you go to more than one at once or

 2   was it sort of one after the other?

 3        A    One after the other.

 4        Q    How long were you going to Garfield,

 5   if you remember?

 6        A    Four years.

 7        Q    And you said you went to South Shore?

 8        A    Yeah.

 9        Q    How long were you at South Shore?

10        A    I would say maybe four months.

11        Q    And then Little Village?

12        A    I would say a year and a half.

13        Q    And then do you remember any of the

14   other ones?

15        A    The one downtown.  I forgot the name.

16   I went there for like two or three months -- two

17   downtown, one on Clark Street for almost six

18   months.  But the recent one was Garfield.  And I

19   stayed there four years.

20        Q    You said most recent one was Garfield.

21   So you went back to Garfield?

22             MR. FLAXMAN:  You have to say yes or

23   no.

24             MR. HENRETTY:  I'm glad your counsel
```

**Wanda Hollins**
**September 17, 2019**
**Exhibit 13**                              Page 8

```
 1    is catching that when I'm not.
 2    BY MR. HENRETTY:
 3        Q    Do you remember the dose that you were
 4    on when you first went on -- Methadone when you
 5    first went to Garfield in 1999?
 6        A    Yes, 40 first, and it went --
 7        Q    40.
 8        A    Yeah.
 9        Q    And did it fluctuate or did it go up
10    at any point?
11        A    Yes.
12        Q    When did it go up?
13        A    When we realized it wasn't holding me.
14        Q    Is that shortly after you started?
15        A    Yes.
16        Q    Do you remember what it went up to?
17        A    50.
18        Q    And then did it stay at 50 or did it
19    go up even more than that?
20        A    Go up.
21        Q    And about to what did it go up to?
22        A    80.
23        Q    And when did it go up to 80?
24        A    A while later.
```

24

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q    Then do you know if it was a year or
 2   weeks or months?  Do you remember?
 3        A    A couple of months.  See, it was
 4   different doses.  Because I would go, then I
 5   would get better and I would just stop, you
 6   know; stay off for a long and then go back and
 7   then go back.
 8        Q    Well, tell me about that.  When you
 9   were at Garfield, would you go and get off on
10   your own, or would that be under the advice of
11   somebody at the clinic?
12        A    I would get off on my own.
13        Q    Okay.  And how long would you be off
14   before you went back to start again?
15        A    Sometimes maybe a year, or eight or
16   nine months; something like that.
17        Q    Is there anything that Garfield did
18   that prevented you or slowed you down from
19   getting back on Methadone, even though you
20   hadn't been taking it for a year?
21        A    No.
22        Q    Was that the same at the other --
23                   Was it ever different than
24   that at any of the other clinics you went to --
```

**Atkinson-Baker, Inc.**
www.depo.com

```
 1   strike that.  It's a bad question.
 2                   When you went to the other
 3   clinics, would you also be able to get on and
 4   off Methadone?
 5        A    Yeah.
 6        Q    And at any of the other clinics that
 7   you went to, the ones that you remembered and
 8   the ones that you couldn't remember the names
 9   to, was there ever a time when either one of
10   those clinics said you couldn't get back on
11   Methadone if you came in to try to get back on?
12        A    No.
13        Q    What was the highest dose of Methadone
14   you were on between 1999 and then the time we're
15   talking about today, which was September of
16   2013?
17        A    150, but they took me down to 120.
18        Q    Do you remember when you were at 150?
19        A    Yeah.  That last, what is it,
20   September or October.  Before I got locked up
21   they had tapered me down to 120.
22        Q    And how long had you been at 150
23   before that?
24        A    I would say about a month or so.
```

1     Q     And so when you came into the jail in

2   September of 2013 you were at 120?

3     A     Yes, sir.

4     Q     That's a yes?

5     A     Yes.

6     Q     Do you remember entering the Cook

7   County jail on September 12th, 2013?

8     A     Yes.

9     Q     Do you remember what you had been

10  arrested for?

11    A     Domestic.

12    Q     Domestic.

13                  Do you know if you were on

14  probation when you got picked up for that?

15    A     I think so.

16    Q     Do you remember what you were on

17  probation for?

18    A     Probably prostitution.

19    Q     Just prior to entering the jail when

20  you were on 120, how often were you taking the

21  doses of Methadone?

22    A     Every day.

23    Q     And how would you get the dose of

24  Methadone at that time?

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        A    I would walk to the clinic every
 2   morning for four years.
 3        Q    And is that Garfield one?
 4        A    Yes.  I moved around the corner so it
 5   would be convenient for me.
 6        Q    And do you remember, was that a set
 7   time every day, or would you go --
 8        A    It was a set time every day.
 9        Q    And what time was it?
10        A    I would go in the morning.  I would
11   get there from 10:00 I think -- from 9:00 to
12   2:00.  And then it would shut off and open back
13   up to 4:00.  I would make the morning shift.
14        Q    Between -- sometime in the morning
15   between 9:00 and 2:00?
16        A    Yeah.
17        Q    Was it the same time every day or did
18   it sometime --
19        A    Yeah, the same time every day.
20   Sometimes it would fluctuate.
21        Q    And would you go first thing in the
22   morning or --
23        A    Yes.
24        Q    Yes.
```

**Wanda Hollins**
**September 17, 2019**
**Exhibit 13**                    Page 13

**Atkinson-Baker, Inc.**
www.depo.com

```
 1                      Tell me how you would take --
 2     or how would they give you the dose of
 3     Methadone?  Was it a liquid?
 4          A    A liquid in a cup.
 5          Q    Would you describe the process for me.
 6     You'd go in and --
 7          A    You go in, you stop at the desk, you
 8     give them your number, you go to the back.  It
 9     might be a long line, sometimes it might not.
10     That's why I wanted the morning.  If I go in the
11     morning I can stop and give her my number, go
12     straight to the back.  The nurse sees me and she
13     pours my dosage in a cup.  And she gives it to
14     me, I drink it, swallow it, show her my tongue
15     and mouth, and then I walk out.
16          Q    Show her your tongue to show her you
17     swallowed it?
18          A    Yes.
19          Q    When you gave them your number did
20     someone look that up on the computer --
21          A    Yes.
22          Q    -- to confirm the dose?
23          A    Yes.
24          Q    And was it always the same nurse or do
```

29

Atkinson-Baker, Inc.
www.depo.com

1   they have a bunch of different nurses?

2        A    It's always the same nurse except,

3   like, weekends, you know.

4        Q    And then you would go seven days a

5   week?

6        A    Yes.

7        Q    When you got to the Cook County jail

8   on September 12th, 2013, did you go through a

9   medical intake process?

10       A    Yes.

11       Q    What happened during the medical

12  intake process?

13       A    I was sick; took a long time.  They

14  asked me a lot of questions.  I told them I was

15  on Garfield program, gave them my number, gave

16  them the information, telephone number and

17  everything.  I remember I distinguishably -- I

18  distinguishably memorized that address.  I done

19  forgot it now.  Went through the psych and all

20  that.  It took me a long time because I was real

21  sick.

22       Q    Do you remember if you got

23  there -- strike that.

24                    When you were first arrested,

```
1    how long before you were arrested and they
2    brought you to medical intake?
3        A    It's a long process.  I'd say a day or
4    two after I was -- came from the jail.
5        Q    So you didn't see medical the first
6    day you were in the jail?
7        A    No.  Going through intake we saw
8    medical.  That's different from -- yes.  I saw
9    medical then.
10       Q    I think I understand what you're
11   saying.
12                    So I guess my question then
13   is, how long before the medical intake started
14   the day you were arrested?  Did they take you
15   straight there?  Did they leave you in the cell
16   for a while?
17       A    Left me in a cell for, like, two days;
18   okay.  The third day -- every day I was
19   inquiring about --
20                    I had a roommate, she was
21   leaving.  Me and the guard got into an
22   altercation about that, because I kept telling
23   them I'm on Methadone, could you get me to the
24   clinic.  And we had a big dispute about that.
```

**Atkinson-Baker, Inc.**
www.depo.com

1    So how it went, the third day she called the

2    sergeant and the lieutenant, who knows me.  And

3    she asked me what was the problem and I told

4    her.  So she told the guard she couldn't come

5    back over there, you know, she called somebody

6    else and had somebody to walk me.

7         Q    And the very first day you got there,

8    though, you said you did go to medical intake?

9         A    Yes.  That's different from --

10         Q    And I understand that.  But I want to

11    talk about that part first then we'll get to the

12    other.

13                   When you came in the very

14    first day, I assume you were booked?

15         A    Yes.

16         Q    Did they take you straight from

17    booking to medical intake, if you remember?

18         A    No.  You have to go through the intake

19    and you have to wait for everybody else.  No.

20         Q    Do you remember how long that process

21    was?

22         A    Yeah.  A eight-hour process.

23         Q    Do you remember what time of day you

24    got to the medical clinic?  Was it nighttime?

32

**Atkinson-Baker, Inc.**
www.depo.com

1    Was it noon?

2         A    Which?

3         Q    I'm just talking about intake right

4    now, your very first day.  When they took you

5    from booking to medical, do you remember what

6    time of day you got to medical?

7         A    Yeah.  It was like 12:00 something

8    that night, 12:00 or 1:00 something in the

9    morning -- at night.

10        Q    Midnight-ish?

11        A    Well, I'd say 2:00.  Because when we

12   got up, everything was closed.  It was, like,

13   2:00 a.m. at night.

14        Q    And when were you arrested, I guess?

15   The day before?

16        A    Right.

17        Q    What time the day before were you

18   arrested; do you remember?

19        A    I think I was arrested around, like,

20   6:00 or 7:00 something that night; something

21   like that I think because it was kind of dark.

22        Q    Okay.  So at the intake itself --

23   again the intake medical, we're going to work

24   through that process -- what is the first --

**Wanda Hollins**
**September 17, 2019**
**Exhibit 13**                          Page 18

```
 1                    Do you remember who you spoke
 2    with first, if not the name of the person the
 3    title of the person you saw when you first sat
 4    down -- the first medical person you saw when
 5    you sat down?
 6         A    The first medical person we sat down
 7    with -- it's a string of people that we have to
 8    go through.  And I think the first was psych.
 9    After we go through the psych situation and all
10    that, a lot of more stuff we got to go through,
11    then medical.  Medical actually is, basically,
12    like the last.
13         Q    And do you remember whether you spoke
14    with a nurse or physician's assistant?  Do you
15    remember what the title of the person was?
16         A    The nurse after she gave -- they gave
17    me a Pap smear and all that.
18         Q    Did you tell anyone -- I mean, I think
19    you just said it.  You did tell somebody that --
20         A    I told the first peoples that was
21    available, the psychiatrist peoples when you go
22    in.  Those are the first peoples you see.
23         Q    That you needed Methadone?
24         A    Yes.
```

34

**Atkinson-Baker, Inc.**
**www.depo.com**

```
1        Q    What did they say to you, if you
2    remember, about Methadone?
3        A    Okay.  We'll have -- they took the
4    information; ma'am, we'll have somebody to take
5    you up.
6        Q    Had you taken your dose of Methadone
7    the morning of the day you were arrested?
8        A    Yes.
9        Q    So that would have been --
10                 Do you remember if that was on
11   September 11th or September 12th, the date that
12   you were actually arrested?  I'm not trying to
13   trick you, I just don't have that in front of
14   me.
15       A    No.
16       Q    Okay.  But could it have been -- it
17   was 2:00 in the morning, and I know you're
18   estimating, that 20ish, more or less, probably
19   18 hours since you had taken your dose;
20   something like that?
21       A    Yes.
22       Q    Were you on any other psych meds in
23   September of 2013?
24       A    Yes.
```

**Wanda Hollins**
**September 17, 2019**
**Exhibit 13**                    Page 20

1          Q      What were you taking?

2          A      Seroquel -- 200 Trazodone, and 100

3     Seroquel.

4          Q      And what was the Trazodone for, if you

5     remember?

6          A      The same thing.

7          Q      Depression?

8          A      Yes.  And 500 milligrams -- I mean

9     1000 milligrams of Depakote.

10          Q      Did you tell anybody else in the

11     medical line about that you needed Methadone or

12     that you were on Methadone?

13          A      Yes.

14          Q      Who did you tell?

15          A      The nurses, I told the psychiatrist,

16     the lady was signing us up for the psychiatrist.

17     When I got in the back I told the nurses, I told

18     the sheriffs.

19          Q      Sheriff officers?

20          A      Yes.

21          Q      And then do you remember if you had --

22                 Did you meet with two

23     different psychiatrist or psychologist while you

24     were being booked or did you just meet with one,

1    if you remember?

2        A    When I was being --

3        Q    We're going through the intake

4    obviously.  I apologize.

5        A    Okay.  Going through intake I met with

6    a variety of people, psychiatrists that, you

7    know.  We go through a variety of stages when we

8    go in for intake.  Yes.

9        Q    Were you taking -- did you take

10   any -- strike that.

11                    Did you take any heroin in the

12   week before you were arrested in September of

13   2013?

14       A    The week before I was arrested in 20?

15       Q    13.

16       A    The week before I was arrested?

17       Q    Yes.

18       A    No.

19       Q    No.

20                    Did you use any cocaine the

21   week before you were arrested in 2013, September

22   of 2013?

23       A    Wait a minute, strike that.  Yes.

24   Yes.  Yes for both.

**Atkinson-Baker, Inc.**
www.depo.com

1        Q     You used heroin and cocaine before?

2        A     Yes.

3        Q     Do you remember when -- and I know

4   it's a long time ago.  Do you remember when

5   during the week you used heroin?

6        A     No.

7        Q     Had you used it more than once?

8        A     I'm not for sure.

9        Q     Were you regularly using heroin in

10  September of 2013?

11       A     I'm not for sure.

12       Q     You don't know?

13       A     I'm not for sure.  I don't.

14       Q     And then were you regularly using

15  cocaine in September of 2017, September?

16       A     I'm not for sure.

17       Q     You don't know for sure?

18       A     No.

19       Q     Do you remember telling an

20  intern -- strike that.

21                   Do you remember telling a

22  mental health evaluator during intake that you

23  were using heroin daily at that point?

24       A     Yes, I probably -- yeah.

**Wanda Hollins**
**September 17, 2019**
**Exhibit 13**                    Page 23

**Atkinson-Baker, Inc.**
www.depo.com

1    Q    And do you remember telling them that

2   you were spending about $200 a day on heroin?

3    A    Yes.

4    Q    I'm trying to move quickly through

5   here so I don't have to you ask all these

6   questions.  I've already asked a few of them.

7                Were you using cocaine daily

8   during that -- the September of 2017 as well?

9    A    I can't say.

10   Q    You don't remember?

11   A    No.

12   Q    Do you remember how much money you

13   were spending on cocaine in September of 2017?

14   A    No.

15   Q    When, if you remember, did you receive

16  your first dose of Methadone when you were there

17  in September of 2017 at the jail?

18   A    I think the fourth day that I was

19  there.

20   Q    The fourth day?

21   A    Yeah, that I was there.

22   Q    And how did you receive it?  How did

23  you receive it in jail?

24   A    They walk you.  Every morning around

**Atkinson-Baker, Inc.**
www.depo.com

```
 1    6:00 something they call you --
 2                    5:00 o'clock, they come in
 3    changing shifts.  They let you know you gotta
 4    get up.  I think that's what time we walk over.
 5         Q    Did you leave the cell house?
 6         A    Yes.  And they walk us through the
 7    tunnels to Cermak.
 8         Q    So you went to Cermak to get the dose?
 9         A    Yes.
10         Q    Were you escorted by an officer?
11         A    Yes.
12         Q    And do you remember who gave you the
13    dose of Methadone?
14         A    It's a man that be behind the window.
15         Q    Man behind the window?
16         A    Yes.
17         Q    Okay.  In those four days between when
18    you got there and when you got the first dose,
19    were you seen by anybody from the opioid
20    treatment program or Methadone clinic in the
21    jail?
22         A    No.
23         Q    No?
24         A    No.
```

40

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q     Did you ever meet with a
 2   Dr. Richardson?
 3        A     Psychiatrist, I think.
 4        Q     You don't remember anybody from the
 5   opioid treatment program --
 6        A     No.
 7        Q     -- named Dr. Tina Richardson?  No?
 8        A     In Cermak, the lady.  Yes.
 9        Q     When did you meet with her?
10        A     After they wasn't giving me my right
11   dosage.
12        Q     So the first dose you got, which you
13   said was about four days after you got there --
14        A     Yeah.
15        Q     -- what was the dose that they gave
16   you, if you remember?
17        A     Actually, they don't even be telling
18   us what we're getting.  And whatever they gave
19   me, it wasn't my regular dose.
20        Q     All right.
21        A     I think they started me at 80 or 70,
22   something like -- 60, or something like that.
23   Whatever that was I was still sick, and that's
24   when I met the doctor.  It was a lady doctor.
```

```
 1        Q    Okay.  And how many doses --
 2                    Were you taking daily doses at
 3    Cermak at that point?
 4        A    After I clowned and met her, then that
 5    is when they started.
 6        Q    And how many days did you go before
 7    you saw her and told her you were on the wrong
 8    dose?
 9        A    Going on almost, let me see, the
10    fourth or fifth day.
11        Q    So did you take more than one dose
12    before you met with Dr. Richardson?
13        A    No.  They're not going to give you
14    anything but one dose.
15        Q    No, I just mean only one day had
16    passed before you -- is that when you told
17    her --
18        A    No.  It was like a week or so --
19                    See, before they called me
20    over to Cermak -- but I'm trying to think,
21    because it's -- two times that I got locked up
22    that I had to require -- I had to clown and say
23    something else was going on with my body parts
24    to get to see that lady.  And that's when I told
```

42

**Atkinson-Baker, Inc.**
www.depo.com

```
 1   her I was on Methadone and gave her the
 2   information.  And that lady called while I was
 3   there and said, what are you all doing?  Get
 4   this young lady some meth.
 5        Q    So you had to, to get to that
 6   doctor --
 7        A    Yes.
 8        Q    Just to stick to this particular time
 9   in September of 2017, you had to tell --
10                    Who did you tell that
11   something was wrong with your body?
12        A    I had to write -- we sign these
13   medical slips.  And I had to write -- sign the
14   medical saying something was wrong with my, you
15   know, my body -- my woman parts.  Because I
16   wasn't going over there with them when the meth
17   line leave.
18                    I told you me and a officer
19   had got into it about that.  And my friend was,
20   like, well, you need to write such and such and
21   so.  And when she went to see the lady, she told
22   them.  But they pulled my thing up --
23                    And when I got over there I
24   was messed up.  And I told her.  And I told her,
```

43

1    I said, nawl.  She gave me some cream, vaginal

2    cream and stuff.  And she said, what's wrong?  I

3    said, I drink 100 and something milligrams of

4    meth, and these peoples is not giving me my

5    meth.  She got me over there to the clinic.

6    They brought me -- while everybody else ways

7    waiting to see her, she had them to walk me

8    around there after she verified me taking meth.

9    And that's when I got sick.

10        Q    Do you know what she did to verify it?

11   Did you watch her verify?

12        A    Yes.  She called my clinic, yes.

13        Q    So she just picked up the phone in

14   front of you and called the clinic?

15        A    Yes.

16        Q    And they responded --

17        A    Yes.  The lady said she was looking

18   for me and she was wondering why I wasn't in.

19   But they checked me in the system, and they said

20   I wasn't there.

21        Q    Did they give you a dose that day or

22   did they wait until the next day?

23        A    No.  They gave me a dose right away.

24   Then I start going after that.  That's when I

| | |
|---|---|
| 1 | start going. And I was okay, but I was still |
| 2 | sick because I was drinking 150. They brung me |
| 3 | down from 150 to 120, so I should be okay. But |
| 4 | when I get there, you know, they was giving me, |
| 5 | like, 70 or 60 or something like that, 80 or |
| 6 | something like that. They wasn't giving me my |
| 7 | dose that I was supposed to have. |
| 8 | Q    Did they tell you why? |
| 9 | A    Huh? |
| 10 | Q    Did anybody tell you why? |
| 11 | A    No. I went back to her and she -- no, |
| 12 | they's supposed to be giving your dose, but |
| 13 | here's the thing, you have only a certain amount |
| 14 | of time and they have to detox you within 21 |
| 15 | days. So that was a problem. Because she was |
| 16 | giving other people a longer stick (phonetic). |
| 17 | You can stop them, you're the doctor. I'm sick. |
| 18 | Q    Let me back up a little bit. So you |
| 19 | took a dose. And then did you come back for a |
| 20 | second dose before you had this conversation, or |
| 21 | when did you figure out you were on less than |
| 22 | 150? |
| 23 | A    After a couple of days I wasn't |
| 24 | getting no better. I was messed up. |

**Atkinson-Baker, Inc.**
www.depo.com

1    Q    So after a couple of days you asked to

2   see the doctor again?

3    A    Yes.

4    Q    And that's when she told you that they

5   were going to --

6    A    She didn't say they were going to

7   detox me.  She said, here's the thing --

8   actually, I think she said I might be going

9   home, or something, because they have 21 days to

10   detox you.  And I'm, like, how would you know?

11   They wouldn't know if I'm going home or nothing,

12   you know.  My dose outside is 120.  So why is

13   they giving me less than this?  So she said,

14   well, we'll work on it; sent me back and it's

15   still the same thing.

16    Q    How do you know it's the same -- well,

17   strike that.  And this is my own ignorance.

18                    When you get 80 versus 120, is

19   that a different amount or is that a different

20   strength?  How do you know --

21    A    Actually, the cup, yeah.  You can look

22   at the cup and basically tell, you know.

23   Because I've been drinking it a while.  120 is

24   about like this (indicating), or -- you see what

**Atkinson-Baker, Inc.**
www.depo.com

```
 1    I'm saying?  And the other -- but it's not that

 2    much but you can feel it.

 3         Q    They pour more in the cup if it's a

 4    higher amount?

 5         A    True.

 6         Q    And did you talk to this doctor again

 7    after that day?

 8         A    Yes, I did.  I went back twice to see

 9    her.  And the last time I just got pissed

10    because I think she stopped them from bringing

11    me down too fast, you know.

12         Q    What do you mean?

13         A    I think she told them to put me at a

14    certain set, you know.

15         Q    When you say, bringing you down, you

16    mean bringing the amount down?

17         A    Yes.

18         Q    So you think she told them to do

19    something so you didn't get the --

20                    The word we're using is

21    tapering.  Have you heard that word before,

22    tapering?

23         A    Yes.

24         Q    My understanding is that tapering
```

47

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1   means each dose is a little less than the one
 2   before; is that fair?  You gotta say yes.
 3        A    That's correct.
 4        Q    So it's your understanding that she
 5   slowed the tapering down?
 6        A    Yes.
 7        Q    Do you remember when that was within
 8   the period of time you were there?
 9        A    Yeah.  A week before I went home.
10        Q    Okay.  And that was the last time you
11   met with her?
12        A    Yes.
13        Q    Were you still getting doses --
14                  Your last day in jail did you
15   get a dose?
16        A    No.  No.
17        Q    Did a point come when you weren't
18   getting doses at all?
19        A    I didn't get no dose, and I was
20   required about that because I knew I was going
21   to be sick.
22        Q    How many days did you go without
23   getting a dose at the end of the --
24        A    I think two days or a day.
```

48

```
 1        Q     You were released --

 2                     Were you ever convicted of

 3   anything or did you plead?  How did you come to

 4   leave jail?

 5        A     I went home.  The case, I think they

 6   threw it out.  I went home.

 7        Q     The case was thrown out you think?

 8        A     Yeah.

 9        Q     When you went home did you start at

10   the Garfield clinic again?

11        A     Yes.

12        Q     And when was that?

13        A     Actually, when I went home I had to

14   pick up.  Because when they let me go it was on

15   a weekend, and I was crying about that dosage

16   but they didn't take me to get it; either you

17   want to stay or you want to go home.  So what

18   else would I do?  I went home, and I got sick as

19   a dog.  So I had to medicate myself that

20   weekend.  And when that Monday came I was there

21   before the clinic opened.  I was sitting on the

22   ground waiting.

23        Q     Was there any problem getting your

24   Methadone that day?
```

49

```
 1        A     From them, no.   They started me
 2    right -- Garfield clinic started me right back
 3    where I was, at my 120.   And she's the one told
 4    me they wasn't supposed to do that.
 5        Q     When you say self-medicated that
 6    weekend, what do you mean by that?
 7        A     I had to go to the streets.
 8        Q     Did you use heroin?
 9        A     Yes.
10        Q     Do you remember how much?
11        A     Maybe, 30, 40; just something to ease
12    me until, you know.
13        Q     30 or $40 worth, you mean?
14        A     Yeah, or more.   To ease me until the
15    clinic opened Sunday, Monday.   It was crazy.
16        Q     I can show you this if you want.
17              MR. FLAXMAN:   No.
18                    Are you okay?
19              THE WITNESS:   Yes.
20    BY MR. HENRETTY:
21        Q     I can show you this if you want.   But
22    I'm just looking at an order of -- this is the
23    orders from the clinic while you were at Cermak
24    while you were in jail.   And it indicates that
```

50

**Atkinson-Baker, Inc.**
www.depo.com

1   it was ordered that you get Methadone on

2   September 13th, which would have been the day

3   after -- the first day after you saw the

4   doctor -- the intake.

5                   My understanding from today,

6   you're saying you never received Methadone?

7       A    Me and the lady got into it.  When I

8   got there the man said, you're supposed to have

9   been over here such and such.

10      Q    Who said that?

11      A    The guy -- the Methadone guy.  I

12  forgot that man's name.

13      Q    So they told you you were supposed to

14  be getting it on the 13th?

15      A    Uh-huh.

16           MR. FLAXMAN:  You have to say yes, yes

17  or no.

18           THE WITNESS:  Yes.  Yes.  See, I don't

19  know why they were saying that because I didn't

20  get it a couple of days while I was there.

21  BY MR. HENRETTY:

22      Q    At the front end?

23      A    That's right.

24      Q    And so it's the pharmacist that told

```
 1   you that, do you remember?
 2        A    The people know me.  I've been there
 3   a -- it's like a second home.  Yes.
 4        Q    Do you remember the pharmacist -- do
 5   you remember what his name is or what he looks
 6   like?
 7        A    Yeah.  I remember what he looks like.
 8        Q    What does he look like?
 9        A    Dark skinned, not that tall, a little
10   bit taller than me.
11        Q    Is it Dr. Nazir (phonetic), maybe?
12   Does that sound right?
13        A    I forgot his name.
14        Q    That's okay.
15                  So the pharmacist told you
16   that you should have been --
17        A    I was supposed to have been over
18   there, yeah.
19        Q    Do you know why you hadn't been in
20   there?
21        A    Yeah, I told him.
22        Q    What did you tell him?
23        A    Me and the -- I forgot her name.  It's
24   an officer.  We call her South Side, but I
```

52

```
 1    forgot her name.  Williams or -- I forgot her
 2    name.  I think it's Officer Williams.  Me and
 3    her got into it, and it was a big old thing
 4    about that.  And she wouldn't walk me.
 5                    I told you I didn't get walked
 6    until -- because I threatened, if you open this
 7    door it's going to be a problem, so she
 8    wouldn't.  Period.  Until she told the white
 9    shirt, because she thought they was going to
10    send me to the hole.  So she was like, no, she
11    gets meth, and she called somebody to walk me
12    over.  And he said, Ms. Hollins, we've been
13    waiting on you for, like, two or three days,
14    what happened?  And I told him.
15        Q    So we're talking about the --
16                    I'll ask you some questions on
17    what we call damages.  It's a lawsuit, you're
18    looking for something.
19                    So there's two periods I want
20    to talk about.  There's the beginning period
21    when you got there, when you got there and you
22    took a couple of days to get the Methadone.  And
23    then what we'll call the second period, which
24    was while you were being tapered; okay?
```

```
 1        A     Uh-huh.
 2        Q     So first I'm just talking about those
 3   first couple of days before you got your first
 4   dose of Methadone.
 5                   Did that affect you, not
 6   having Methadone for a couple of days?
 7        A     Yes.
 8        Q     Can you tell me how it affected you?
 9        A     Yeah.  I didn't have no energy,
10   couldn't eat.  My body ached, sweat, threw up,
11   and had the runs.
12        Q     Did you go to the medical, like, for
13   any of those things as well, or did you just --
14        A     Yes.
15        Q     And what happened with that?
16        A     They sent me to Cermak.  They gave me
17   Routine A.
18        Q     Routine A?
19        A     Yes.
20        Q     What's that?
21        A     Some green stuff that they give us and
22   some nausea pills and some pills to stop me from
23   running off.
24        Q     Running off meaning digestively?
```

54

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        A     Boo-booing, yes.

 2        Q     I thought you meant, like, not running

 3   off from a prison --

 4        A     Watery like --

 5        Q     -- something else.

 6        A     Watery like.

 7        Q     So you're talking about your diarrhea?

 8        A     Yes, diarrhea.

 9        Q     And then what day --

10              Was that the first day or the

11   second day?  Do you remember when that was?  I

12   know it was a long time ago.

13        A     I told you the third day.

14        Q     That's when you went to the medical

15   clinic?

16        A     Yes.

17        Q     What did you do --

18        A     Wait a minute, strike that.  Because

19   that's the day me and her got to -- we really

20   got to arguing, the fourth day.  I apologize.

21        Q     Was that when you went -- they got

22   the --

23        A     Yes.  Yes.

24        Q     Is that when you got the Methadone, or
```

55

1    is that --

2          A    Yes.

3          Q    So when did go and get the green pill

4    and all the other stuff?

5          A    The second day.

6          Q    The second day?

7          A    Yeah.

8          Q    Tell me about what you would do --

9                    Were you in a cell with a

10   cellmate during this period?

11         A    Yeah.

12         Q    What would you do if you had no

13   energy, would you stay in bed all day long?

14   What were you doing with yourself during those

15   days?

16         A    Actually, yeah.  Because they had me

17   in the hole.

18         Q    They had you in the hole?

19         A    Yes.

20         Q    Why did they have you in the hole?

21         A    It was overcrowded.

22         Q    Overcrowded?

23         A    Yeah.  Nowhere to put me, and they

24   knew I was sick.

56

**Atkinson-Baker, Inc.**
**www.depo.com**

1       Q    So you were in a cell by yourself in

2   the hole, or was there --

3       A    No, a roommate.  But she left after

4   the second day.

5       Q    Did you leave your cell after those

6   first two days at all?

7       A    I couldn't.

8       Q    Did anybody offer to bring you food or

9   you couldn't --

10      A    No.  They would bring the food in the

11  cell and set it up.  No, I couldn't eat it.  No

12  way.

13      Q    I assume the answer, but I have to ask

14  just to make sure.  Did you go out to the yard

15  during those first couple of days?

16      A    No.

17      Q    I know you went to the doctor on the

18  second day.  After going to the doctor, did you

19  feel better at all?

20      A    No.

21      Q    Did you remain in your cell for the

22  next two days?

23      A    Yes.

24      Q    Did you do any activities at all that

57

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1   you can remember?
 2        A    No.
 3        Q    So you talked about nausea.  Did you
 4   vomit?
 5        A    Yes.
 6        Q    Did you --
 7                    Other than the pain we're
 8   talking about, were you in any other pain?  Any
 9   muscular pain?
10        A    Yeah.
11        Q    Tell me about that.
12        A    It hurts, my body ached.  My whole
13   body ached.
14        Q    Could you walk?
15        A    No.
16        Q    When you went to the medical did they
17   take you in --
18        A    In a wheelchair.
19        Q    And just because we talked about it
20   before, I know you're using a walker today.  You
21   weren't using a walker at that time?
22        A    No, I was healthy.
23        Q    So up until you got to the jail, did
24   you have any trouble walking?
```

58

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        A     No.
 2        Q     Did anything else happen to you
 3   because you didn't take Methadone for those four
 4   days, other than what we've already talked
 5   about?  Is that it?
 6        A     (Inaudible response.)
 7        Q     Okay.  So I'll talk then about the
 8   tapering period, so starting when you got your
 9   first dose up until you left the jail.  We
10   talked a little bit about what happened that
11   weekend, but let's talk about until you left the
12   jail.  Did the tapering affect how you felt?
13        A     Yes.
14        Q     Can you describe what happened, how it
15   felt?
16        A     Like, I didn't have no energy.  I
17   didn't want to go the rec yard, I didn't want to
18   participate in a lot of activities they was
19   doing.  I was always cold, body aches, sometimes
20   my stomach would cramp.
21        Q     Did you feel as bad during the
22   tapering as you did when you weren't getting
23   Methadone at all?
24        A     No, I didn't feel as bad.
```

**Wanda Hollins**
**September 17, 2019**
**Exhibit 13**                    Page 44

**Atkinson-Baker, Inc.**
**www.depo.com**

1        Q     So it was a little better?

2        A     A little better.

3        Q     Did you vomit at all while you were

4    taking Methadone?

5        A     Yeah.

6        Q     Was that due to nausea?

7        A     Nausea.  And I would stay cold all the

8    time.

9        Q     Running, diarrhea?

10       A     No.

11       Q     And then tell me how, if at all, it

12   affected you mentally during that period?

13       A     Because I couldn't think right.

14       Q     What do you mean by that?

15       A     We would play little games and stuff,

16   my head wasn't in the game because my body

17   wasn't right.

18       Q     What kind of games?

19       A     We would play dominoes, we would play

20   cards, hangman, stuff like that.

21       Q     Okay.  Did it affect your depression

22   at all?

23       A     Yes.

24       Q     How so?

```
 1      A    Because you're in a place with a bunch
 2  of peoples that's dangerous, and you can't
 3  protect yourself because you're sick.  So I was
 4  isolated.
 5      Q    Other than what we've talked about, do
 6  you feel like you were physically harmed in any
 7  other ways because of the tapering?
 8      A    Yes.
 9      Q    Tell me.
10      A    Because they was taking the little
11  stuff I had.  They knew I wasn't going to fight
12  or couldn't fight.
13      Q    Who took your stuff?
14      A    I was irritable.
15                 Bullies.  I couldn't fight
16  them off so I just have to sit in the corner.
17      Q    These are other --
18      A    Inmates.
19      Q    -- inmates?
20      A    Yeah.
21      Q    What did they take?
22      A    Food, my snacks.  One girl took my gym
23  shoes.
24      Q    And then anything else --
```

61

**Atkinson-Baker, Inc.**
www.depo.com

```
 1                    Now is your chance.  Any
 2    other -- anything -- did it affect you in any
 3    other way?
 4         A    No, that's it.
 5         Q    And I didn't ask it --
 6                    We're talking about damages
 7    for the four days when you didn't get Methadone
 8    at all.  Did that also affect you mentally?
 9         A    Yes.
10         Q    Can you tell me how, same way or
11    different?
12         A    Same way.  I couldn't hold no -- I
13    couldn't eat period.  My bowels, I couldn't hold
14    my bowels.  I was so weak I couldn't get up.  I
15    had to crawl to try to make it to the bathroom.
16    People had to help me change my bed and stuff;
17    had to come mop my room, you know.  Sometimes I
18    had to lay in that stuff, and all I could say
19    is, God, let me please get better, or, please --
20                    I was begging them and crawled
21    to the door, and lay in the door and beg her,
22    would you please call somebody to take me to the
23    meth line.  That's all it was.  All somebody
24    needed to do was just come get me, verify me,
```

62

```
 1   and walk me to the meth line.
 2        Q    Did anybody take anything from you
 3   during that period?
 4        A    Yeah.
 5        Q    Same thing?
 6        A    Yeah.  That's how my shoes got took.
 7   Madea (phonetic) Olgadorent (phonetic).  Yeah,
 8   they took a lot of stuff.  I couldn't stop it.
 9        Q    And that was when you were off -- not
10   getting any at all?
11        A    When I was laying in the room sick.
12        Q    Did anybody take anything once you
13   were taking the medicine but they were tapering
14   it, if your remember?
15        A    Yeah, my food and the snacks.
16        Q    When is the last time you took
17   Methadone?  And I apologize if I asked that.
18        A    Excuse me?
19        Q    When is the last time --
20                  As of today, when is the last
21   time you took Methadone?
22        A    What is the last time I took Methadone
23   is the last time I was at Garfield.  I would say
24   a year after that happened.
```

1      Q      About a year after this --

2      A      Yeah.

3      Q      -- you were in jail for this one?

4      A      Yeah.

5      Q      Was that the last time you were in

6   jail?

7      A      Yes.  After that one I said, Lord, I'm

8   not going back, uh-uh.  Because if I had got to

9   that lady I would have wrung her neck.

10     Q      Do you remember what the dose was for

11  when you were at the end at Garfield, when you

12  were there the last time?

13     A      Yeah.  I think I had went on -- I had

14  went down to 80, I think.

15     Q      80, and you were at 120.  Did you

16  taper down to 80 or did they just move you from

17  120 to 80 --

18     A      They tapered me down to the --

19                    Actually, I had to beg them to

20  taper me down because my doctor said, no, by me

21  being on that high dose for so long, so he said

22  no.  Once I begged them to get me to the 80, you

23  know, then I decided to get myself together.

24     Q      Which doctor was it that said you

**Atkinson-Baker, Inc.**
www.depo.com

1    should go down?  Which doctor said it?

2         A    My doctor at Garfield.  He was going

3    to take me down but on his terms.

4         Q    So he said you needed to go down?

5         A    Slowly.

6         Q    And how slowly was it that you tapered

7    down to 80?

8         A    Like, every week, you know, they would

9    take me down.  He took me down kind of slow.

10        Q    Do you remember how much they tapered

11   it every week?

12        A    No.

13        Q    5 milliliters or 10, or you don't

14   remember.

15        A    (Inaudible response.)

16             MR. HENRETTY:  I do not have any other

17   questions for you.  My colleague here might have

18   a few for you.  So take care.

19             MS. WHITE:  Hi, Ms. Collins.  My name

20   is Megan White, and I represent the sheriffs in

21   this case.  I just have a few questions for you.

22   I think Lyle pretty much took care of it.

23                  CROSS-EXAMINATION

24