# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Keith Rogers, et al.

                        Plaintiff,

v.                                               Case No.: 1:15−cv−11632

                                                           Honorable Edmond E. Chang

Sheriff of Cook County, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 13, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 194, fact discovery (including the medical providers referred to in the report) is extended to 02/28/2022. The tracking status hearing of 12/17/2021 is reset to 02/04/2022 at 8:30 am., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a discovery progress report by 01/28/2022, including a proposed retained−expert discovery schedule. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.