# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 9, 2025

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 25-8006 | IN RE:<br>KEITH ROGERS, et al.,<br>Petitioners |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-11632<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

Upon consideration of the **PETITION FOR PERMISSION TO APPEAL**, filed on April 4, 2025, by counsel for the petitioners,

**IT IS ORDERED** that the petition for permission to appeal is **DENIED**.

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit